1   **UNITED STATES DISTRICT COURT**
    **NORTHERN DISTRICT OF FLORIDA**
2   **PANAMA CITY DIVISION**

3   **MICHAEL RICHARDSON,**

4           **Plaintiff,**

5   **vs.**                           **CASE NO.: 5:12cv00201-RS-CJK**

6
    **BAY DISTRICT SCHOOLS,**
7
            **Defendant.**
8
                              **\*   \*   \***
9

10

11  **DEPOSITION OF:**          **Michael Richardson**

12  TAKEN AT INSTANCE OF:    The Defendant

13  DATE:                   February 11, 2013

14  PLACE:                  Law Office Of Harrison Sale
                            304 Magnolia Avenue
15                          Panama City, Florida

16  TIME:                   9:25 A.M.

17

18

19

20

21

22

23

24

25

1                         **APPEARANCES:**

2                        **FOR THE PLAINTIFF:**

3                     James Garrity, Esq.
                   310 East Bradford Road
4                   Tallahassee, FL 32303

5                       **FOR THE DEFENDANT:**

6                    Robert Jackson, Esq.
                    304 Magnolia Avenue
7                  Panama City, FL  32401

8                        **ALSO PRESENT:**

9                     Mr. Bill Fisher

10                      **- - - - - -**
                       **I N D E X**

11
**WITNESS**                                    **PAGE**

12
Michael Richardson  Direct Examination
13                     by Mr. Jackson            3

14  Certificate of Reporter                    178

15

16

17

18

19

20

21

22

23

24

25

**EXHIBIT INDEX**

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Application | 18 |
| 2 | Letter June 25, 2002 | 19 |
| 3 | Letter October 25, 2006 | 34 |
| 4 | E-mail | 88 |
| 5 | Second E-mail | 119 |
| 6 | Amended Complaint | 124 |
| 7 | Policy Chapter Two | 152 |
| 8 | Policy Chapter Three | 153 |
| 9 | Web Site Page Bay County School Board | 153 |
| 10 | EEOC Charge of Discrimination | 157 |

1        The following pages constitutes the Deposition of

2   **MICHAEL RICHARDSON,** taken at the instance of the Defendant

3   upon oral examination, taken pursuant to notice on the 11th

4   day of February, 2013, in the Office of Professional Court

5   Reporting Service, Inc., 337 Magnolia Avenue, Panama City,

6   Florida.

7        The Deposition is being taken for the purpose of

8   discovery, use at trial, or for both of the foregoing, or

9   for such other uses and purposes that may be permitted

10  under the applicable and governing rules.  Reported by

11  Floie Lynn Sexton, a Court Reporter and Notary Public in

12  and for the State of Florida at Large.

13                      *   *   *

14  THEREUPON,

15                  **MICHAEL RICHARDSON**

16  called as a witness, having been duly sworn, was examined

17  and testified as follows:

18                  DIRECT EXAMINATION

19  BY MR. JACKSON:

20      Q    Good morning, could you please state your name for

21  the record?

22      A    Michael Ermel Richardson.

23      Q    Mr. Richardson, have you ever been deposed before?

24      A    No, I haven't.

25      Q    Okay.  Well, let me just kind of quickly explain

```
 1        A    Bay District Schools Maintenance Department.

 2        Q    Okay.  What's your position there?

 3        A    I'm the Material Controller.

 4        Q    Is that a I or a II, or just that's the name of

 5   the position?

 6        A    They put Material Controller I, but it's the only

 7   position that's a material controller.

 8        Q    Okay.  What is your wage?

 9        A    My wage is, it's about 30,000 dollars a year.

10   It's 29,000, 29,000 per year.

11        Q    Approximately 29,000?

12        A    Yes, sir.

13        Q    All right.  What's your date of birth?

14        A    3, March 21, 1961.

15        Q    So, how old are you?

16        A    I'll be fifty-two next month, I'm fifty-one now.

17        Q    And your Social Security number?  I probably have

18   that, but --

19        A    ***-**-****.

20        Q    And your address?

21        A    2008 Pattho, it's P as in Paul, A T T H O, Pattho

22   Lane, and that's Lynn Haven, 32444.

23        Q    Okay.  And what race do you consider yourself?

24        A    White.

25        Q    How about your sex?
```

1      A     When I started Bay District Schools, I wasn't

2   making very much money, so I was having to do this as a side

3   income.

4      Q     Okay.  And did you have any employees at Big

5   Mike's?

6      A     No, sir, not on this lawn service, I never had any

7   employees.

8      Q     All right, so it's just a sole --

9      A     Yes, sir.

10     Q     -- proprietor --

11     A     Yeah, I did a, I turned down business, and I just

12  did what I could handle myself.

13     Q     Okay, okay.  On the front page of your

14  application, there is a, have you ever been convicted of a

15  crime, found guilty or entered no contest, where

16  adjudication was held and you checked yes?

17     A     Yes.

18     Q     And the charge is grand theft?

19     A     Yes.

20     Q     Can you tell me a little bit about that?

21     A     It was my employer where my, I was charged with

22  grand theft where they, my wife had just gotten, gotten here

23  and we'd got deep in debt, and I panicked and took some

24  money, but I also took the deposit tickets home.  My mom, I

25  thought I was fixing to get some money from my mom, and I

1    today, I'll actually be way behind.

2         Q    Are you, so you just have more work?

3         A    Yes, sir.

4         Q    But the duties haven't changed, they've just added

5    more --

6         A    The biggest thing that's made my job much harder

7    is when they cut your budget by 30 percent, it puts a whole

8    lot more pressure on the purchaser because literally, I'm

9    having to go find more vendors, finding, you know, it's just

10   a lot more pressure because you're, you're having to get the

11   budget down, and that's, I've cut, I mean, I've kept us in

12   budget every year, and that's why I do not feel one bit

13   appreciated by Bay District Schools.  I have went ten times

14   more than most any employees, and I just do it, I just, and

15   I've got us in 3 or 400,000 dollars under what we used to

16   be, and I feel like they should be proud of that.

17        Q    Are you paid by the hour or --

18        A    Mine is by the hour, yes, sir.

19        Q    Okay.  All right.  Who's your, who's your

20   current -- well, let me go back.  Who is your, who was your

21   boss?

22        A    Who was my --

23        Q    Who did you report to?

24        A    -- my direct supervisor was Kenny Hoffman.

25        Q    What was his position?

```
 1        A     Yes, sir.

 2        Q     From the day you took over to material control

 3   position?

 4        A     Yes, sir.

 5        Q     Until the day that that position was eliminated?

 6        A     Yes, sir.

 7        Q     Now, who did you report to now?

 8        A     Carl Dick.

 9        Q     Carl Dick.  And what's Carl's position?

10        A     He is, they call him the carpenter supervisor.

11   Carpenter, I mean, they made it carpenter/logistics

12   supervisor.

13        Q     Then who does Carl report to?

14        A     Carl reports to Lee Walters, and it used to be

15   Jimmy Thompson.

16        Q     Okay.  So, Lee Walters, Leon Walters took over

17   Jimmy Thompson's position as the Supervisor of Maintenance?

18        A     That's correct.

19        Q     And did, when Kenny Hoffman was your direct

20   report, did he ever report directly to Jimmy?

21        A     Yes, he did.

22        Q     Okay.  So, really, I mean, they reorganized, it

23   sounds to me like they've reorganized the departments, but

24   now you report directly to --

25        A     What they did is they took one of the supervisors
```

27

```
 1   that just had, didn't have all that many men, they made him
 2   over us too, they merged his position, and then eliminated
 3   the position that was his position.
 4        Q    Okay.  So, they eliminated a supervisor position
 5   and merged in, and other than Carl reporting to Jimmy
 6   Thompson as Supervisor of Maintenance, or Leon Walters, has
 7   it changed beyond that?
 8        A    No, it hasn't.  Jimmy Thompson was our top
 9   supervisor, now Leon Walters is.
10        Q    Okay.  And then who is Mr. Thompson, or who does
11   the Supervisor of Maintenance report to?
12        A    They report to Dr. John Haley.
13        Q    Okay.  And what's his position?
14        A    He is the, I don't know what his title, he's
15   called Executive, Executive Director, I don't know what his
16   position is.
17        Q    Okay.  All right.
18        A    The position hasn't been there but a few years,
19   it's about five years.
20        Q    But he is the Director of Maintenance's boss?
21        A    Yes.
22        Q    And do you know who Lee reports to?
23        A    He reports to Bill Husfelt.
24        Q    Okay.  And that's the Superintendent of Schools?
25        A    Yes, it is.
```

28

1    Q    Okay.  All right.  Let's talk about Jimmy

2    Thompson.  How would you describe your relationship with

3    Jimmy Thompson?

4    A    Before he was promoted, we had a good

5    relationship, before he was promoted to Head of Maintenance.

6    Q    So, did you know him before --

7    A    We went to church together.

8    Q    How long did you know him?

9    A    Before, before he started there, about three or

10   four years before that.

11   Q    Three or four years before he started where?

12   A    When, well, I've known him, I started with Bay

13   District Schools in 2002, and I knew him about a few years

14   before that, so about 1998.

15   Q    Okay.  So, you've known him since 1998?

16   A    Yes, sir.

17   Q    Do you know his wife?

18   A    Yes, I do.

19   Q    Have you known his wife since 1998?

20   A    Yes.

21   Q    Okay.  And your wife knew him and their wives?

22   A    Yes.

23   Q    Okay.  And you went to church, the same church

24   together?

25   A    Yes, sir.

1      Q    Okay.  What church is that?

2      A    They've changed the name of it now, but it was

3  over there beside Bay High School, and I forget the name of

4  it. it's a been a lot of years.  It's the church that sits

5  on 12th Street, Pastor Drake, I mean, it's now his son has a

6  church --

7      Q    Is it a small church?

8      A    It is a small church.

9      Q    What denomination.

10     A    It was, it was considered, it was non

11 denominational considered.

12     Q    Christian?

13     A    Yeah, it's, you just told me, it's called The

14 Christian Center was what it was called.

15     Q    Okay.

16     A    But it's changed now.

17     Q    Okay.  All right.  Did, would you consider

18 yourself friends with Jimmy Thompson before he became the

19 Supervisor of Maintenance?

20     A    Before the Supervisor of Maintenance, yes.

21     Q    And his wife?

22     A    Yes.

23     Q    Okay.  Did y'all ever socialize?

24     A    Yes.

25     Q    What kind of socialization?

1      A    Not a social, we were on the bowling team

2   together, the church bowling team.  And we didn't, we might

3   have went out with them once a month.

4      Q    When you say we, you mean you and your wife and

5   him and his wife?

6      A    That's correct.

7      Q    How old is Mr. Thompson?

8      A    In his mid fifties.

9      Q    About the same age?

10      A    So, about four or five years older than me.

11      Q    Okay.

12      A    Yes, sir.

13      Q    Did you guys ever go hunting or fishing?

14      A    No, sir.

15      Q    Okay.

16      A    I take that back, he had a boat, before long,

17   before that, we went on his boat a couple of times and went

18   fishing.

19      Q    Just the two of you?

20      A    Me and him, and yes, sir, both times.

21      Q    Okay.  So, this was, when did he become the

22   Supervisor of Maintenance?

23      A    Jimmy Thompson was about six or seven years ago.

24      Q    Okay, were you the material controlman at that

25   point?

1  everything.  He told a lot of secrets that he told me

2  Dr. Haley said, Bill Husfelt said, he just told me

3  everything.

4       Q    Okay.  Did you continue to see him socially after

5  he became your boss?

6       A    I did in the beginning, not so, well, I take that

7  back, well, yeah, once in a while in the very beginning.

8       Q    You did see him socially?

9       A    Yeah, socially, in the beginning, yes, sir.

10      Q    In the beginning, we're talking 2006, 2007?

11      A    I think that was 2007, I think, I'm not certain of

12  the year that he started in there, but...  I think it was

13  2007.

14      Q    So, you continued to go out with him and his wife?

15      A    Yes, sir, in the beginning.

16      Q    And your wife?

17      A    Yes.

18      Q    What did he think of your job performance?

19      A    He liked my job performance so much I got a letter

20  that's, that he had, when I got employed a year, and he put

21  in there how, how I was one of the best people he's ever

22  worked with, and he had a lot of faith in me.  And he'd

23  constantly tell me I'm doing a wonderful job, and it wasn't

24  even months into it, he was saying, you're going to get

25  Kenny Hoffman's position because we knew when Kenny Hoffman

1   was retiring.

2        Q    So, months into his position there at, as the new

3   supervisor --

4        A    Yes, sir.

5        Q    -- for the Maintenance Department, he had said

6   you're going to get Kenny Hoffman's position?

7        A    Yes, sir.  He said I was the only one qualified

8   and that I would be wonderful at that job.

9        Q    Okay.  Did he -- you mentioned a letter, is this

10  the letter?

11       A    It is.  Yes, sir, that's it.

12            (Exhibit 3 - Letter October 25, 2006)

13       Q    Okay.  And what is this letter?

14       A    It's a, when I got Employee of the Year, he was,

15  several, you had to get several people to do a letter saying

16  why they think they deserve being, to get Employee of the

17  Year for the whole district, I just got it for the

18  Maintenance Department.  So, then they do their letters, and

19  that's what he, when he did a letter when I got Employee of

20  the Year?

21       Q    So, he, he nominated you for Employee of the Year?

22       A    I was already Employee of the Year.  That's, when

23  you get Employee of the Year, that's when they have the

24  voting of whose going to get --

25       Q    Right.

```
 1      A    -- and so then they do letters, you get several
 2  people to do letters recommending you to get Employee of the
 3  Year for the whole Bay District Schools.
 4      Q    Okay.  So, you --
 5      A    So that's why --
 6      Q    -- he, you were Employee of the Year of the
 7  department?
 8      A    Yes, the Maintenance Department.
 9      Q    All right, and who picked who was Employee of the
10  Year?
11      A    All the employees vote, and they all voted for me.
12  I mean, they, they, I won the majority.
13      Q    Okay, for the department.  And then this is a
14  nomination for the Bay District School Employee of the Year?
15      A    Yes, sir, that sounds right.
16      Q    Okay.  All right.  And that's Mr. Thompson's
17  signature?
18      A    Yes, sir.
19      Q    Okay.  All right.  And that date is accurate,
20  October 25th, 2006?
21      A    Sounds about right.
22      Q    Okay.
23      A    That was before he was Supervisor of Maintenance
24  because you can see it says Logistics Carpenter Supervisor.
25      Q    All right.  So this was before he was Supervisor
```

1    time you -- okay, let me make sure I understand this.  The

2    first sexual talk that you had with Mr. Thompson was the day

3    your wife had breast cancer?

4         A    No, sir, I found out from my wife.

5         Q    Okay.

6         A    I was consoling my wife, she was worried because

7    they said at her age, the cancer could come back, and she

8    was crying and upset, and I told her, I said don't worry, I

9    said Jimmy said that I can take off all the time I need and

10   I can be there for you when you go through all this, and the

11   treatments and everything.  And she said, Mike, she said

12   Jimmy called me a couple of days ago, she says, I don't want

13   him around here.  And she said he told me I had perky boobs,

14   and I was a very pretty woman.

15        Q    Okay.  What year was that?

16        A    It was October, let's see, it would have been

17   either the end of September or the first week of

18   October 2009.  And then two weeks later when, after her

19   surgery, right after her surgery, we are just both ripped

20   apart, and right after her surgery, she says, Mike, I've got

21   to sit and talk to you about this.  And she said, Jimmy

22   called me, when Jimmy called me, he was telling me all these

23   things, and she told me to keep, I don't have to tell you,

24   and he'll give me money and all this stuff.  And the next

25   morning, I came in fired up and walked straight in his

```
 1        A    He would just, he would, he did a little flirting

 2  here and there.  He would take me to Chow Time, and he'd

 3  flirt with some of those waitress at Chow Time.

 4        Q    This was before the cancer?

 5        A    Right.

 6        Q    Okay, that's not --

 7        A    What I'm saying is, he didn't direct anything at

 8  my wife.

 9        Q    Okay.

10        A    And I told you he made sexual comments, but

11  nothing directed at my wife.  Nothing had been directed at

12  my wife.

13        Q    Okay.

14        A    Before the breast cancer.

15        Q    What kind of sexual comments did he make that

16  weren't directed to your wife?

17        A    He would just say, those girls are just pretty,

18  and I sure would like to F them and stuff like that.  I like

19  Asian women.  You know, but at the time, he was not

20  directing anything to my wife.

21        Q    Okay.  Where were these comments made?

22        A    At Chow Time, and then he would talk to me,

23  mention up here and at work too.  But like I said, nothing

24  directed at my wife.

25        Q    Okay.  So, all right, so you would go to lunch
```

1    with him at work?

2        A    Yes, sir.

3        Q    All right, and you would go to Chow Time?

4        A    Yes, sir --

5        Q    And this was before --

6        A    -- sometimes.

7        Q    -- before your wife had breast cancer?

8        A    Yes, sir, that's right.  Before she had breast

9    cancer, that's right.  I said nothing was directed at her

10   until I found out right when she got breast cancer.

11       Q    I understand that.  So, there was, you had sexual

12   banter with her, with him, not her, excuse me, with Mr.

13   Thompson at lunch?

14       A    The most important point is, I never, never said

15   oh, yeah, oh, great, I never, I would just, you know, just

16   like, I'd just look at him.  He goes, that girl sure is

17   pretty, I sure would like to do things with her and stuff.

18   I never commented back I'd like to do anything, I never did.

19   I was, he just, he was kind of, you know, seeing a little

20   bit of change in him, I felt like maybe he was on different

21   medication or something.

22       Q    All right.  So, when did, when did that, when did

23   you start having lunches with him and talking about girls at

24   Chow Time?

25       A    Just within a month or two of the, of my wife's

1   breast cancer, it was the end of October 2009.

2        Q    Okay.  So, the first time that you had any sexual

3   banter with him about anybody was about a month before your

4   wife had breast cancer?

5        A    Right --

6             MR. GARRITY:  Form.

7        A    -- yeah, right before.  Yes, sir, it was just not

8   really a month before, right before.

9        Q    Just before?

10       A    Yes, sir.

11       Q    Okay.  Like a week or two?

12       A    I don't know exactly, you know, just within a few

13  months of it, one, two, three months, I'm not sure, I'm not

14  exact certain about it.  But like I said, nothing directly

15  at my wife, or at that time, nothing directed at the

16  employees.

17       Q    Okay, so, so --

18       A    So nothing as far as Bay District Schools.

19       Q    Right, I'm just trying to understand the facts,

20  okay.

21       A    Yes, sir.

22       Q    So, up until a month or two before you -- let me

23  ask you this, I'm sorry.

24       A    Okay.

25       Q    Did you go socially to lunch with him before --

47

```
 1        A     Yes, sir, he would always buy my lunch.

 2        Q     He would always buy your lunch?

 3        A     Yes, sir.

 4        Q     Did anybody else come on these lunches with you?

 5        A     No, sir, well, once in a while, he would, a couple

 6   of times, he brought, he brought Tammy Miller one time, but

 7   that was about it.

 8        Q     So, it was just you and him at lunch?

 9        A     Yes, sir.

10        Q     And then he started, at some point, the two of you

11   just started talking about sexual banter, I guess, for lack

12   of a better word --

13        A     I'm not sure --

14        Q     -- this girl is pretty or --

15        A     -- I'm not sure what you mean banter, I'm sorry.

16              MR. GARRITY:  Form.

17        Q     Okay, sexual discussion.

18        A     Sexual discussion, yes, sir.  Yes, I'd say that's

19   about right.

20        Q     Right, not, not we need to get this material issue

21   done, but look at that girl over there, she's really pretty

22   or --

23        A     No, he would just, he would, I mean, he'd make

24   comments about if somebody's pretty, but never, never, as

25   far as making a sexual comment.
```

```
1        Q    Okay.  And --

2        A    This was right after he had had a surgery or

3   something, and my wife kept wondering if they put him on a

4   new medication because he just started changing pretty

5   quickly.  He was a good Christian man, and then just all of

6   a sudden, I started seeing a change.

7        Q    Those comments are directed to other people

8   though?

9        A    Yes, sir.

10        Q    Okay, they weren't directed to your wife --

11        A    No, sir.

12        Q    -- and they weren't directed to you?

13        A    No, sir.

14        Q    Okay.

15        A    And all that started in October 2009 is when he

16   started.

17        Q    Okay.  So, I think I understand that now.  So,

18   then your, then he made some calls to your wife that are

19   the, your wife has breast cancer?

20        A    He made one call at that point, yes, sir.

21        Q    Okay.  All right, so, now it's mid October 2009?

22        A    Yes, sir.

23        Q    And you go back to work, your wife has had the

24   cancer surgery and is recovering, and she tells you that

25   there was more to that phone call?
```

49

```
 1        A    Yes, sir.
 2        Q    All right, what do you do?
 3        A    She was fixing to have to start, a few weeks
 4   later, her seven weeks of radiation.  She told me that, and
 5   the whole night, I was up trying to decide what to do
 6   because I had seen Jimmy get rid of several people.  He's
 7   very vindictive, he'd come, and I, so, I walked in first
 8   thing that morning, stormed in his office.  I said, Jimmy, I
 9   know what you said to my wife.  And he said, what are you
10   talking about?  And I said, she told me that you said she
11   had perky boobs and she was a pretty woman.  And no, no, no,
12   Mike, I did not say that.  And I said, Jimmy, I know you
13   did.  And he says, he said well, he says, women, when they
14   get older, he said, they need compliments.  He said Ana
15   needs to know that she's still a pretty woman, he said it
16   wasn't nothing, I didn't mean anything by it, but he did
17   admit it.  And I told him I didn't want him to do it any
18   more.
19        Q    Okay.  And that was October of 2009?
20        A    Yes, sir, about mid, the mid to end of October
21   2009.
22        Q    Okay.  Then what happened?
23        A    Then for a few weeks, everything was quiet, and
24   that's when she started her radiation treatments.
25        Q    When you say everything was quiet, you mean with
```

1    Mr. Thompson?

2        A    Yes, sir, because I told him that I didn't want to

3    hear it any more, and that's what I told him that morning.

4        Q    Okay.

5        A    I had been up just about that whole night mad.

6        Q    Okay.  Any other sexual talk about other people?

7        A    At mid October 2009, not for a few weeks.

8        Q    Okay.  All right.  Okay, then did it start up

9    again?

10       A    After a few weeks, he would start making a few

11   more comments here and there.  He just had a lot of

12   different comments he would make.

13       Q    Comments about?

14       A    This girl is pretty, that girl is pretty.  And

15   then he started asking how is Ana doing and things like

16   that.

17       Q    Were these comments at work?

18       A    At work, yes.

19       Q    Okay.  Was there anybody present to hear these

20   comments?

21       A    The, there was one time one person heard the very

22   end of one of his conversations, but he was, he mainly

23   talked to me in that main lobby that you came in through --

24       Q    Who was that?

25       A    -- last Wednesday.  Tammy Miller, she heard the

1    end of one of his conversations.  She opened the door and

2    heard the end of the conversation where he was saying, you

3    know, one of the times, he offered me money many a time, and

4    she heard him, this is way later --

5        Q    Okay, well, let's not get ahead.  Had he offered

6    you money at this point?

7        A    No, sir.

8        Q    Okay.  So, I just want to make sure --

9        A    At that time, he hadn't offered me money, no, sir.

10       Q    So, just to review the time, because I think it's

11   important.

12       A    Okay.

13       Q    October 2009, you have the cancer surgery, you go

14   and confront him --

15       A    Yes, sir.

16       Q    -- and it stops, everything stops for a few weeks?

17       A    Yes, sir, for a few weeks, yes, sir.

18       Q    Okay.  And then slowly starts up again?

19       A    Slowly he, he began to start being back to nice to

20   me and told me he was concerned for Ana, and he was sorry

21   about her cancer.  And then after about, after just, I don't

22   know exactly how many months, but after several months, he,

23   you know, I don't know exactly how long it was, he started

24   inviting me to go to lunch with him again.

25       Q    Okay.  So, you had not been to lunch with him

1    during that time --

2         A    Yeah, for several, yeah, not for several months,

3    yes, sir.

4         Q    Okay.  So, he started inviting you to lunch again?

5         A    Yes, sir, Chow Time.

6         Q    So, where are we at now, is this, are we in 2010

7    now?

8         A    Yes, sir, it'd be 2010.

9         Q    2010, the beginning of 2010?

10        A    It was, I'd say more like a month or two into

11   2010, it's hard to say, I'm not sure.

12        Q    Okay.  I have a calendar if it's helpful.

13        A    It wouldn't help me.

14        Q    Yeah --

15        A    I just know about how many months it was.

16        Q    Okay.

17        A    It was early 2010 as far as the first few, four,

18   six, in the first few months of 2010.

19        Q    Okay.  So, early 2010, it slowly starts up again?

20        A    Slowly, yes, sir.

21        Q    Okay.  All right, and he starts inviting you to

22   lunch again?

23        A    Yes, sir.

24        Q    All right.  And what happens at these lunches?

25        A    He had gotten a little worse where he'd started

1    me, you know, he wanted to have sex with them.  So, that's

2    when the first part of money came up was, that he kept, the

3    amount of money he used most of the time, he kept changing,

4    it was 3,000 dollars.  He kept saying, I have 3,000 dollars,

5    and he said, if you can talk one of them girls into having

6    sex with me, he said, if you get them to do it for a

7    thousand dollars, you can keep the rest of the money.  And I

8    said, Jimmy, I'm not going to do that.  I said, that's

9    illegal.  I said, I'm not your pimp.

10        Q    Okay.  When -- this was early 2010?

11        A    When, when you say early 2010, I'd say the first

12   six months of 2010.

13        Q    The first six month?

14        A    Yes, sir.

15        Q    Yeah.

16        A    This was the biggest thing that I, the point I

17   want to make out is when, when you know somebody very well,

18   some people want to think that one word is said, people

19   make, we hear comments every day, and I hear them at work

20   every day, but it's a comment here and there.  And then

21   after many, many months, it would start getting more

22   persistent.  And if we, if somebody reported, every time

23   somebody made one comment, the Bay District School's office

24   would be flooded.

25        Q    All right, so, at some point, while you would go

```
 1    to lunch together, just the two of you?

 2         A    Yes, sir.

 3         Q    Nobody else was present?

 4         A    Yes, sir.

 5         Q    He started talking about money for sex?

 6         A    Yes, sir, that was the first time.

 7         Q    With other, other girls --

 8         A    Exactly.

 9         Q    -- Chow Time waitresses?

10         A    -- you know, like I said, my wife had told me what

11    he said to her that one time.

12         Q    Okay.  But he never said anything about your wife?

13         A    No, sir, not at these times.

14         Q    He never said anything about you?

15         A    No, sir.  Not at that time, at that time, he just

16    said, later on, at Chow Time is when he started adding me in

17    there.

18         Q    Sure, sure, sure, I'm just trying to make sure I

19    understand, okay.

20         A    That's just how it began.

21         Q    So, for six months, 2010, the sexual banter, sex

22    discussion, I guess, continues about girls at the place, at

23    the, at the Chinese restaurant?

24         A    Yes, sir.

25         Q    And at some point, he, he talks about paying
```

59

```
 1      A     He was --
 2      Q     -- had he offered money to your wife at that
 3 point?
 4      A     You remember I was telling you the second week,
 5 you know, I told her the second week --
 6      Q     She told --
 7      A     -- he told me that he has called her and was
 8 offering money.
 9      Q     Okay, okay.  So --
10      A     That's what I was referring to.
11      Q     So, the first part of 2010 --
12      A     Yes, sir.
13      Q     -- you reported that, you talked to Kenny
14 Hoffman --
15      A     Yes, sir.
16      Q     -- about what he had said to your wife back in
17 October of 2009?
18      A     Yes, sir.
19      Q     Okay.
20      A     Yes, sir, sounds right.
21      Q     Okay.
22      A     But that was in between, that was when she was
23 having her daily radiation.
24      Q     Right.
25      A     So I was not --
```

1    certain individuals?

2         A    Mainly, if he just didn't like them.

3         Q    Okay.

4         A    It was mainly that.

5         Q    All right.

6         A    And he, the biggest comment that he made to me

7    constantly was, Dr. Haley and Tommye Lou Richardson and Bill

8    Husfelt, that's the three that was, had any control, he said

9    they all love me.  He said, they always support me, and he

10   told me that so many times, many, many times, he told me

11   that.

12        Q    Okay.  Did, so you just -- okay.  All right.  As

13   far as the sexual talk goes --

14        A    Yes, sir.

15        Q    -- what happened?  Apparently, he's asked you to

16   try to get girls for money at Chow Time?

17        A    Yes, sir.

18        Q    And you've refused?

19        A    During these times, like I said, it wasn't near as

20   frequent, but you know, just like I told you, this whole

21   thing was not like he, early in 2010, he wasn't talking

22   daily about stuff, it was just more, he would just slowly

23   change, you know, and the last, the only time it really got

24   real bad was the last four or five months.

25        Q    Okay.  Did you ever have any conversations at the

1    workplace --

2        A    Yes.

3        Q    -- about this?

4        A    Yes, sir.  He would come in once in a while, and

5    he told Tammy Miller, that's when he told Tammy Miller, he,

6    he asked a woman for her phone number or something like

7    that, and he went and, laughing and told Tammy Miller, he

8    says, he said, I told a woman at Chow Time to call Mike.

9    Mike asked her was she married, and then he laughed, he

10   said, but he said, but no, Mike didn't really say that, and

11   that's what he told Tammy Miller.  So, he even said

12   something to her about it.

13       Q    Okay.  Did he, did he say anything about, go get

14   me a girl for money, at the workplace?

15       A    At the workplace, he mentioned it many times, but

16   it was just very, like I said, it wasn't frequent --

17       Q    Was there anyone, was there anyone ever present

18   besides you and him?

19       A    Jimmy was much smarter than that, there's no way

20   Jimmy would just sit there in front of anybody else and say

21   anything, he's a smart man.

22       Q    So no?

23       A    No.

24       Q    Okay.  Just you and him?

25       A    Yes, sir.

```
 1      Q    All right.  Where would these conversations take
 2 place?
 3      A    Most of the conversations would take place in my
 4 office.
 5      Q    In your office?
 6      A    He would constantly come in my office and just, I
 7 mean, I could, as busy as my job was, he was coming in there
 8 all the time, and he would even open the door, he-he-he, and
 9 then come over there and start whispering to me.
10      Q    And this was after, this is, we're still talking
11 early 2010 or is this later?
12      A    No, this was later in 2010.
13      Q    Okay, so later in 2010 --
14      A    Slowly, like I told you, the biggest point that
15 I'm trying to make to you is, he was not doing this daily,
16 it was not frequent until the last four or five months
17 before I reported it.
18      Q    Okay.  So, it was not daily --
19      A    No, sir.
20      Q    -- until the very end?
21      A    Yes, sir, exactly.
22      Q    When did it start becoming --
23      A    When it become frequent was when I, and I had, I
24 feel bad about this, I talked my wife into going to our
25 Thanksgiving dinner at the Maintenance Department, and at
```

66

1    that time, he just kept talking about the Chow Time girls.

2    And on, then Thanksgiving 2010 was when, our Thanksgiving

3    lunch was when he came, followed me to my car when I went to

4    walk to the car, and he says, forget about other Asians, I

5    want Ana.  And he says, she just looks beautiful.  He had

6    not seen her in a long time.  And that's when it got, that's

7    when he slowly started getting worse and worse.

8         Q    So that was Thanksgiving --

9         A    Thanksgiving --

10        Q    -- of 2010?

11        A    -- 2010, yes, sir.

12        Q    So you would, you would say so that's, that's --

13        A    That's when it started getting bad.

14        Q    Right?

15        A    Yes, sir.

16        Q    Thanksgiving dinner, was this at work?

17        A    Yes, sir.

18        Q    Okay.

19        A    I walked her to her car, and he followed me out

20   there.

21        Q    Okay.  So, there was no conversations about Ana

22   prior to, other than the ones we've already talked about,

23   prior to --

24        A    Other, other than him just saying I love, I want

25   an Asian one time, and then he kept on, Ana's a pretty

1    Q    Okay.  And let's, let me go back just before

2  Thanksgiving 2010.

3    A    Yes, sir.

4    Q    At that point, you had not spoken to anybody at

5  Bay District Schools except for Kenny Hoffman?

6    A    No, sir.

7    Q    And that --

8    A    Well, now, I take that back.  It was probably

9  around October, I'm not going to be able to get this right,

10  it's probably between July and September of 2010 was when I

11  talked to Tammy Miller.  Tammy Miller's my best friend.

12    Q    Okay.

13    A    And I just told her that, this was when he had

14  made that comment to her about, he got a phone number, blah,

15  blah, blah, and that's when I, I said, Tammy, I says, me and

16  Tammy was going together with him too sometimes and she

17  thought a lot of him, and then that's one day when I just

18  said I'm, Tammy, we've got to talk.

19    Q    All right.  Anyone else besides Tammy or Kenny

20  Hoffman?

21    A    And then my wife.  And then I was, and then that's

22  about that, at that point, so nobody knew.

23    Q    All right.  So, and, and Kenny, you just talked

24  about that one incident prior to?

25    A    And then Kenny would just bring it up once in a

69

1    while.  Kenny brought it up once in a while, but he just,

2    Kenny was scared of his job because he was on the Drop

3    program, and they're yearly contract.

4        Q    What do you mean, he brought it up once in a

5    while?

6        A    Where he would just say, has Jimmy said anything

7    else to you.  And at that point, he hadn't, you know, I

8    said, Kenny, just comments about the girls at Chow Time, and

9    you know, but I didn't, but as far as just, you know, just,

10   he would just say I'm worried about what to do or this or

11   that.  And, and, but at that time, he didn't feel like it

12   was sexual harassment and I didn't either.  At that point,

13   like I said, it's somebody you've been around for a lot of

14   years, he just, and they make a comment once in a while.

15   People do that every day at Bay Schools, and the office

16   would be flooded if people reported it every time a comment

17   is made.

18       Q    Okay.  So, Kenny was checking up on you making

19   sure everything was okay?

20       A    Yes, Kenny was in the office next door to me, and

21   so he would come in there a lot too.

22       Q    Okay.  All right.  And then you said, at some

23   point, July through September 2010, you spoke with Tammy

24   Miller about it?

25       A    Yes, sir.

1    Q    Now who's Tammy Miller?

2    A    She's, she's in the work control.

3    Q    Okay.  What, is she a supervisor?

4    A    No, sir, she's a, she's one of the work control,

5    it's called work control.  She's like a clerk or something,

6    she's one of the clerks in work control.

7    Q    Co-worker?

8    A    Yes, sir.

9    Q    Okay.  And what did you tell Ms. Miller?

10   A    I just told her, I says, Tammy, she was good

11   friends with Jimmy at that point.  I said, Tammy, you need

12   to know something, I said, Jimmy's been, and I told her a

13   few things that went on at Chow Time about the money and

14   offer and stuff like that, and told her about the comments

15   he made to my wife right before she got breast surgery.

16   Q    So you told --

17   A    Breast cancer.

18   Q    -- you told Tammy Miller in July through

19   September, some time in that time from 2010 about the

20   comments to the girls at Chow Time?

21   A    Yes, sir.

22   Q    The comments he made to your wife?

23   A    And when you say, I would say more like July to

24   December, I mean, I don't know which month.

25   Q    Okay.  So, some time between July and December

```
 1   illegal.
 2        Q    Right.
 3        A    And that's, and so that was about me because he,
 4   the top administrators --
 5        Q    Right, but he, he --
 6        A    -- asked me, did he offer you money.
 7        Q    Okay.  But, but, but as far as the comments, he, I
 8   just want, and this will be somewhat confusing, but as far
 9   as the, when you say about me, you mean, he was trying to
10   get you to do something?
11        A    Illegal, right, he --
12        Q    Right.
13        A    -- was trying to get me to offer money to the --
14        Q    Right, but he wasn't trying to have sex with you?
15        A    No, sir.
16        Q    Okay.
17        A    At that point, at that point, and he's never tried
18   to have sex with me, he just tried, started getting where he
19   wanted me to join, join in, that's when, the comments came
20   later on.
21        Q    Okay.
22        A    The comments, when he got really bad about
23   involving me was the last four months.
24        Q    All right, let's talk about that.
25        A    Around thanksgiving.
```

1  pretty was when he said to me, Ana's pretty, and I said,

2  yes, she is.  I never said flat out said, hey, my wife's

3  pretty.

4      Q    Are you guys still going out socially at this

5  point?

6      A    Until right after Thanksgiving, that's when it got

7  very unfrequent, and that's when I felt like I was going to

8  lose my job, that's when I started panicking.

9      Q    So, up until Thanksgiving of 2010, you still were

10 going out socially with the Thompsons?

11     A    Yes, sir, but about one-fifth of it, probably

12 twenty percent of the time, it's hard to say exactly, but

13 not near as much would be my answer on that.

14     Q    But less frequent?

15     A    Less frequent, yes, sir.

16     Q    But you would go to dinner or --

17     A    It was always lunch.

18     Q    Lunch?

19     A    Yes, sir.

20     Q    Okay.  Now, I'm talking about you and your wife

21 and him and his wife?

22     A    Oh, no, no, my wife, my wife didn't have anything

23 to, these were only lunch, lunch dates that were, you know,

24 where he'd take me to Chow Time.

25     Q    Okay.

1      A      Never, never after I --

2      Q      Just you and him?

3      A      Exactly, my wife was never there.

4      Q      Okay.

5      A      At that point, once he made a phone call to her on

6  the breast cancer, she didn't have nothing to do with him.

7      Q      Okay.  All right.  So, so, the Thanksgiving event

8  happens, and did you do anything else?

9      A      The Thanksgiving dinner, like I said, even then,

10  it just, it just slowly started getting worse.  It was

11  about, I'd say, again, I've got to say, I don't know, about

12  how long it is, within a few months, within a couple of

13  months of Thanksgiving was when he started bringing up

14  Kenny's position because Kenny was on the, within two years

15  of retiring.

16      Q      Within a couple of months of Thanksgiving, you

17  mean after the Thanksgiving --

18      A      I was, yes, sir, it was right, you know, when I

19  told you it started getting worse.

20      Q      Right.

21      A      This may be, you know, it's hard to say exactly

22  how long, but maybe right after that, a little bit after

23  that, within a few months.

24      Q      Okay.  So, he started bringing up Kenny's

25  position, what do you mean by that?

1      A      Like I said, he had always promised me the

2  position, and that's when he started making joking comments

3  to me, that was when it began.  And he said, he said, he

4  said, you know, he said, I can get you Kenny's job, but

5  you're going to have to get me an Asian, ha-ha ha-ha, you

6  know, and, or comments like, and that's when he started slow

7  and saying he can get me ten years, he said, I can get you

8  ten years if I go along with it, and that's when he started

9  having me prepare a resume.  He said, get your resume ready,

10  and I'll help you work on it.  And then he was, keep

11  throwing comments at me because they were, but like I said,

12  once again, just slowly getting worse.  And when it started

13  getting really bad was in February of 2011 was when it

14  started getting really bad.  And February of 2011 was when

15  it was, literally, had become daily.

16      Q      Okay.  You said, you said, you talked about

17  getting you Kenny's job?

18      A      Yes, sir.

19      Q      Had --

20      A      Like I said, he'd already promised me Kenny's job,

21  and had me already train Tammy --

22      Q      Okay.

23      A      -- but for my position.

24      Q      So, he had already positioned you for Kenny's job

25  anyway?

1      Q     So, the only, the only conversation you had about

2   your wife was that Thanksgiving Day?

3      A     Exactly.

4      Q     Okay.

5      A     And then, and then, that's when I said, he

6   gradually would start saying, get me an Asian, get me an

7   Asian.  And then as it would worse, he, he kept tacking

8   things on, and that's when a little bit after that, he said

9   get me an Asian, and he says, or Ana would do, ha-ha-ha-ha,

10  you know.

11     Q     Okay.  So, it got, you said, it got real bad in

12  February of 2011?

13     A     Yeah, so, that's, February of 2011 was when I

14  started getting very depressed because that's when he was

15  getting very frequent.

16     Q     Okay.  But you had not said anything to him after

17  that except for that one time?

18     A     I did too, I said once, something to him, but I

19  can't remember what month it was, but it was right after the

20  Thanksgiving thing, within a month or two of that, he did, I

21  forget, he did make one phone call to my wife, once again,

22  and he told her, he told her that, was offering her money

23  again, talked to her about money and all this stuff, and I

24  don't know what month that was.  And that's when I sat down

25  at the desk and told him, I says, I don't know what month, I

1  said, Jimmy, I says you really hurt Ana's feelings last

2  night, and it bothered me too, I said, you called Ana again

3  yesterday.  And he says, and I says, and Ana told me she

4  told you flat out she is not interested and forget it.  And

5  he says, yeah, I noticed a tone in her voice, and he said, I

6  noticed she was upset and I won't do it anymore.

7         Q     This was after --

8         A     This is in my office --

9         Q     This is after Thanksgiving 2010 and before

10 February --

11        A     I'm not sure on that, I'm not certain on that.  It

12 was in, because I had forgotten about that other phone call.

13 That other phone call was in 2000 and, it was some time in

14 2010, I would say, you know, it definitely was some time in

15 2010.  Her, the, it was between mid 2010, probably February

16 of 2011, somewhere in there, when I sat in my office and

17 talked to him.

18        Q     Okay, so that's the second time you'd been --

19        A     Well, I actually had made comments to him at that

20 point many times that Ana's, you know, that Ana's not

21 interested, you know, when he would slowly bring work up.

22 But as far as sitting down with him and saying, Jimmy, we've

23 got to talk, we had two talks like that.

24        Q     All right, so, so 2011, you said, started going,

25 coming on almost a daily occurrence?

```
 1        A    Yes, sir, that was when he was, and at this point,

 2   the last, like I said, after, after Thanksgiving is when he

 3   started calling me, he was always calling me at home, but

 4   that's when he started calling me every night and every

 5   weekend just, and he would always say, hey, what about so

 6   and so this happening, you know, something at work happened,

 7   and it always started that way, and then he would, then he'd

 8   start throwing in comments about Kenny's job and Asians and

 9   women and stuff like that.  It come very, I was dealing with

10   it morning and night at that point.  And that was, that was

11   when it got really bad was in February of 2011 is when he

12   was just constantly.

13        Q    Okay.  All right.

14        A    But he was always calling me at home, but he just,

15   it was getting, the comments were changing is what I'm

16   getting at.  He called me after hours all the time, hundreds

17   and hundreds of times, you know, and...

18        Q    Hundreds of times?

19        A    Yes, sir.

20        Q    About this sexual stuff or --

21        A    No, sir, that's what I'm saying, he would always

22   call me, you know, long before this, he would always call me

23   and just talk, you know, and call me after hours and just

24   talk about work and stuff like that.  But then, I said, then

25   the last few months, the early part of 2011 was when he
```

1    after high school.

2         Q    Okay.  What brought you here to Panama City?

3         A    I came to Panama City, my, I have an aunt that

4    lives here, and I just always, as a child, said I'm going to

5    live in Panama City.

6         Q    Okay, all right.  I just wanted to clarify that.

7         A    Sure.

8         Q    All right.  We were talking about kind of the

9    timing of events up until February of 2011 when you said

10   that things started getting worse.  Rather than go through

11   each individual discussion, maybe, I know you sent an e-mail

12   at some point to --

13        A    Yes, sir.

14        Q    -- the Superintendent, so let's kind of talk about

15   that e-mail --

16        A    Okay.

17        Q    -- and maybe we can kind of cover the timing and

18   what happened between February 2011 and the day you sent the

19   e-mail.

20        A    Yes, sir.

21        Q    So let me, let me show you the --

22        A    Yes, March 22nd of 2011, I think, the day after my

23   birthday.

24        Q    If you could take a look at that document and tell

25   me what, if that's the e-mail that you sent.

```
1      A     This was in --

2      Q     March --

3            MR. GARRITY:  This was 4?

4            MR. JACKSON:  This will be 4, yeah.

5                  (Exhibit 4 - E-mail)

6      A     This was, at this point was where I was, the Lord

7   woke me up in the middle of the night one night, Bay

8   District Schools kept having, I kept saying I'm going to

9   lose my job, I talked to somebody.  So, the Lord woke me up

10  in the middle of the night and told me, do an e-mail and

11  send it to yourself and Bill Husfelt and the Head of Human

12  Resources at the same time so where I'd have proof that I

13  sent it to more than one person because I didn't trust one

14  person, I didn't have one person that was high up that I

15  could trust, and that's why I sent it to several at one

16  time.  And that is the e-mail I sent.

17     Q     Okay.  So, you had prepared this e-mail a few

18  weeks in advance?

19     A     Yes, sir, that's right.

20     Q     Okay.  So, February of 2011?

21     A     Yes, sir.

22     Q     Okay.  All right.

23     A     Well, probably more like the first part of March,

24  right in that area, February, March.

25     Q     Okay.  All right, let's, let's go through this
```

1   as Jimmy Thompson's right hand man, and so does he.

2          A    Yes, sir.

3          Q    Do you, did he consider you his right hand man?

4          A    He had made that comment many times to myself and

5   other people.

6          Q    Okay.

7          A    He said, I don't know what I would do without

8   Mike.

9          Q    Okay.  Third paragraph, I think we have kind of

10  covered some of the timing issues.

11         A    That's when I kept saying, he kept trying to get

12  rid of people, and I watched him get rid of people.

13         Q    Right.  And then you have a comment here, it says

14  about eighteen months ago, I noticed something changed in

15  him.

16         A    Yes, sir.

17         Q    Is that when you were saying he had the surgery or

18  something or --

19         A    The eighteen months ago, yes, sir, that would have

20  been right about the time of my wife's surgery, yes, sir.

21         Q    Okay.  And we've talked about that?

22         A    Yes, sir.  And that was when he was, started, like

23  I said, that's when he started, that was when I started

24  noticing the change in him.

25         Q    Okay.  The fourth paragraph, I guess it's the

1      A    It was just gradual.

2      Q    Okay.  So, so those months between, basically,

3  Thanksgiving of 2010 and March, when you wrote this

4  e-mail --

5      A    Yes, sir.

6      Q    -- that's when he had, he had said a lot of these

7  comments about, you started, let me be clear, he started

8  offering you money to get Ana to sleep with him?

9      A    Exactly.  That's when he started doing that, and

10  then, but he always like would tack it on, he would tack

11  more and more on as I would keep not doing anything he

12  wanted, so then he started adding to it.

13      Q    So, when you say tacking on, you mean he would add

14  more --

15      A    Like his first --

16      Q    -- benefit to you?

17      A    -- first he would say, does Ana have a friend.

18      Q    Okay.

19      A    And then he said, does Ana have a friend I can get

20  here for a few weeks, I'll pay for it and have sex with her.

21  And then as time goes on, he says, and I'll talk her into

22  having sex with you.  You know, and he would always tack on

23  more and more because the point, main point I want to make

24  is he was tacking on because I was never doing anything he

25  wanted.

1    and stuff like that.

2         Q    Okay.  All right.  Well --

3         A    And like I said, this was all gradual, this is

4    over eighteen months.

5         Q    Right, but we've been trying to, you know, kind of

6    make some gates so we understand what was going on.  You

7    said that was before Thanksgiving of 2010?

8         A    But not my wife, yeah, where he would just make

9    comments, get me an Asian, ha-ha.  But what Jimmy would do

10   to me is he would say to me, once, you know I'm joking,

11   don't you, ha-ha.  And then the next day, he'd be doing it

12   again.  And the main thing I wanted to focus on too, is to

13   tell you that when your wife just went through breast

14   cancer, my wife's hair was thinning out, I'm not going to

15   remember exact months and things it happened, I can't even

16   tell you, you know, I'm having trouble, and when I told

17   Tammy Miller, I mean, at this time, when I did this e-mail,

18   I was very, you know, it had just happened, I mean, I was a

19   lot more --

20        Q    This is pretty accurate --

21        A    Oh, this e-mail right here is very accurate.

22        Q    Okay.

23        A    The e-mail is very accurate.

24        Q    All right.

25        A    The e-mail, but like I said, the time frames is

1   Tammy, I just know I told her some time in that last year.

2       Q    All right, let's look at the second to last

3   paragraph on the second page.

4       A    All right.

5       Q    I told Kenny, my supervisor, about this remark to

6   Ana two days before breast cancer about the perky boobs, we

7   talked about that, right?

8       A    Yes, sir.

9       Q    And that --

10      A    That was when I told him later than that, yes,

11  sir.

12      Q    At that point, I never said anything else until

13  March 8th, and then I told them everything.

14      A    March 8th.  That's March 8th 2011.

15      Q    Right.

16      A    But which I wouldn't know that date, I wouldn't

17  remember that date.  I'm losing where you're at, I'm sorry.

18      Q    I'm on the second page.

19      A    Okay.

20      Q    Second to the last paragraph.

21      A    Okay.  And that does sound about right because it

22  was right around March right before Spring Break of 2011.

23      Q    Okay.  So March 8th is when you sat down and told

24  Kenny Hoffman everything?

25      A    It must have been because that was about, it would

1   have been the first week of March, so it'd have been right

2   in there.

3        Q     Okay.

4        A     Sounds right, it sounds right.

5        Q     All right.  And then when did you, when did you go

6   to, is there anything that prompted you to talk to Kenny or

7   just had enough of it at that point?

8        A     At this point, like I said, this was when it had

9   gotten real bad, that was, that was the point where I was,

10  and that's when I started talking to Kenny about it.  And

11  then Kenny was about to have a nervous breakdown, he said

12  we're going to lose our jobs.

13       Q     Did, and this is March 8th, did you talk to Tammy

14  just before then?

15       A     That's, Tammy literally within six months, I don't

16  even know exactly what month I told Tammy.  I just know I

17  told Tammy a lot, way earlier than, you know, which --

18       Q     At some point, did you start audio taping

19  Mr. Thompson?

20       A     The first week of March.

21       Q     The first week --

22       A     The very --

23       Q     -- of March?

24       A     -- first time, yes, sir, was the very first time.

25       Q     Did you get his permission to audio tape him?

```
1        A    What I did was, it had gotten so bad at that
2   point, I researched online where it said that if they, if
3   they're in an area where they can, or not, cannot expect
4   total privacy, that if you're a party to it.  So what I did
5   is I made it a point to always stay in that main lobby, and
6   he would follow me out, and that was when I walked in, I
7   told the Sheriff, Craig Roman guy, Detective Craig Roman, he
8   asked me how did you do it, and I told him that I put it,
9   had it in my, I turned it on my truck because I said he was
10  always attacking me first thing in the morning when I'd go
11  though there.  So the very, it was either the first or
12  second recording, there was only three, two or three there
13  was when Jimmy had all that money on his desk.  And I, what
14  I did, I made it a point to, I knew he was a public official
15  too, which can be recorded too, and he was one of our public
16  officials, I made it a point to never leave the main lobby,
17  or either I made it stay in the open area.  And my proof of
18  that is every tape, you'll hear him go, hear him go, shh,
19  shh, shh.
20       Q    Okay, you didn't have his permission?
21       A    No, sir.
22       Q    Okay.
23       A    But I --
24       Q    Were you --
25       A    -- did look up online that I could do that.
```

1    Q    I understand, it was surreptitious, he didn't know
2  about it?
3    A    Yes, sir.
4    Q    Okay.  Okay, so you started, you taped, you
5  started taping him the first week of March?
6    A    Sounds right, it was about between March 1 and
7  March 10.
8    Q    Did you tape him before that --
9    A    No, sir, never.
10   Q    -- at all?  Did you tape anyone else?
11   A    No, sir.
12   Q    Did you -- are you taping anybody now?
13   A    No, sir.
14   Q    All right.  Then what happened on this tape?
15   A    The, like I said, it was either two or three
16  before the Sheriff's Department had me do a recording.  The
17  Sheriff's Department got involved in doing that.
18   Q    Right, I don't want to go into the Sheriff's
19  Department.
20   A    But it was either the first or the second day I'm
21  coming through three, and you can hear on those tapes other
22  people talking is because I'm in the main area, so I'm
23  walking in the front door and his office is right here,
24  which you would have seen last Wednesday, and Jimmy,
25  ha-ha-ha, and I'm, and I can see his desk, and I see all

1      Q     So, when did you go to Hawaii?

2      A     It was that week before this, it would have been

3    that week we was on Spring Break.

4      Q     Spring Break 2000 --

5      A     2011.  And the whole thing was just a mess because

6    she cried just about the whole trip.

7      Q     So, so had you written this e-mail at that point

8    before you started taping?

9      A     That's when, when Kenny told me this in March,

10   that's when I started working on it, yeah.  Like I said in

11   the e-mail, I had done been working on it a few weeks.  When

12   Kenny, me and Kenny were talking about it, he said, we've

13   got to go ahead and report it, and that's when I started

14   working on it right before Spring Break.

15     Q     Did Kenny tell you to report it?

16     A     Yeah, Kenny told me, he said, we're going to have

17   to report it is what he said.  And I said, well, Kenny, at

18   that point, I says, Kenny, just don't tell anybody for two

19   weeks, I said, I promise the week we come back, I'll do it.

20     Q     Okay, so you asked Kenny not to report it?

21     A     I asked him that, just that last two weeks not to

22   report it.  That was when he said we've got to report it,

23   and I said, well, if you would, don't say nothing for two

24   weeks.  I said let us get back from this trip.

25     Q     All right.  And the first time you talked to

1   because I knew how retaliatory they are.

2        Q    All right.  Do you, are you saying, are you saying

3   that they canceled Kenny Hoffman's position because you

4   reported this?

5        A    I have no doubt in my mind that's why they did it.

6        Q    What evidence do you have of that?

7        A    Well, I mean, think about it, two weeks after I

8   reported it, and the man's been blackmailing me for all this

9   time, and then two weeks after I do it, oh, yeah, let's just

10  cancel that job, you know, and I mean, to me, that's, I

11  think that says it all.

12       Q    So timing?

13       A    Timing's everything.

14       Q    That's the only issue, the fact that your budget

15  has gone down 30 percent over the last ever so many years?

16       A    Yes, sir.

17       Q    The fact that they're not, they're considering

18  outsourcing the Maintenance Department?

19       A    My point on that was just that one thing they did.

20       Q    Okay.

21       A    And out of these things, that's the only thing

22  they did.

23       Q    So, you have, other than the timing issue --

24       A    Yes, sir.

25       Q    -- you didn't hear any comments about that?

1     A     No, sir.

2     Q     Okay.  You didn't hear anybody say, we're going to

3  get rid of Hoffman's job?

4     A     No, sir, they told, Kenny Hoffman told me that

5  they were telling him that he's going to have to get demoted

6  because of this and all that, but I did not know that they

7  wasn't going to, was going to get rid of the job.  I think

8  timing was everything.

9     Q     Did --

10    A     I think it says it all.

11    Q     Okay, I think I've covered that.  All right.  This

12  last paragraph, you asked the Superintendent, please use

13  discretion and not make a quick decision on this because

14  it's taken me weeks just to do this letter, that's right?

15    A     And the reason I said that was because I knew

16  that, I literally worked fifty feet from Jimmy's office, so

17  I knew that I didn't want them to try to quickly get rid of

18  me or fire me or me lose my job or, and certainly, didn't

19  want to work beside a man I reported.  And that's what they

20  tried to do, they tried to make me work with him while they

21  recorded, which is a change that you recommended in one of

22  yours at Bozeman, you could change that, and it needs to be

23  changed.

24    Q     So, what happened after you wrote this e-mail?

25    A     Tommye Lou Richardson, I got an e-mail from Bill

```
 1    Husfelt she's working on it.  Tommye Lou Richardson called
 2    me, and to me, she sounded short, and she said, I just want
 3    you to know that we're going to start investigating this
 4    tomorrow.  And I said, well, where are y'all going to move
 5    me, where you going to move me to.  And she said, she said,
 6    you'll still be there.  And I said, Tommye Lou, that man
 7    works fifty feet from me, and I said, I don't want to be
 8    working with that man.  I said, that's the reason I reported
 9    this now is because I wanted, you know, I wanted to, I
10    didn't want to have to work right beside him.  I didn't want
11    y'all to make no rash decision.  She said, well, we've got
12    to find out the truth.  And I said, well, I've got proof.  I
13    said I've got a tape, and then you could have heard a pin
14    drop.  I said, I taped him just a couple of weeks ago.  And
15    she said, well, send it to me.  And then that's when she
16    called me back and she said, I mean, she e-mailed me and
17    says, okay, we're working on it.  And then a few hours later
18    is when the sheriffs came to my house.
19         Q    So, within a couple of hours of this e-mail, the
20    sheriffs --
21         A    I'd say a few hours of her calling me and me
22    talking to her.
23         Q    Right, the same day though?
24         A    The same day, yes, sir.
25         Q    This is what Thursday, Tuesday, March 22nd?
```

1      A      It was, no, Tuesday, March 22nd that I reported

2  it, the sting was the next day.

3      Q      The next day.

4      A      And then, but yes, it was that day, that's right,

5  it was the day I reported this, the Sheriff's Department

6  came to my house, that's right, I'm sorry.

7      Q      Okay.  Okay.  All right, so then what happened to

8  Mr. Hoffman?

9      A      Are you talking a few weeks afterward?

10      Q      Yeah.

11      A      They called him in and talked to him a few times

12  and asked him what did he know, and he told him that I did

13  tell him and stuff, but that he didn't feel like, at that

14  time, it was sexual harassment.  And then that's when he

15  came back to my office crying and said, they're going to

16  give him a choice to quit or be demoted.

17      Q      And was he demoted?

18      A      He was demoted, right.  I feel like that, the

19  purpose of it, basically, was purposely trying to turn Kenny

20  against me was what I felt like when they did that.

21      Q      Are you still, you're in the same position you

22  were after, when you reported this?

23      A      Yes, sir.

24      Q      Make the same amount of money?

25      A      Well, they've, they've given us pay cuts, and then

1   messages back from Jimmy.  And I feel like my life is in

2   danger, and that this is going to go, Jimmy's comments, I

3   want to move.  And then that's when I met with him.

4        Q    Okay, all right, we're kind of already a little,

5   let's, we'll talk about that in a little bit, let's finish

6   up this e-mail first.

7        A    Okay.

8        Q    The last para-, the second to the last paragraph,

9   I've always wanted to save you every dime, I can tell you

10  how to save a 120,000 dollars a year.  Kenny Hoffman's

11  position does not need to be filled.  So, that was your

12  advice to the Superintendent a week after this event?

13       A    Yeah, but my mind was very bad, but yeah, I mean,

14  I was just telling him that that's how they can save money,

15  right.

16       Q    Okay.  So, maybe they followed your advice instead

17  of --

18       A    Well, the comment that I heard back was, you know,

19  I keep getting comments from other people, but the comments

20  I kept hearing was that he just was going to vacate, I

21  don't, he hadn't totally got rid of, vacated the position a

22  few years ago.

23       Q    All right.

24                      OFF THE RECORD

25                 (Exhibit 6 - Amended Complaint)

1    Q    And, and all this happened in that short time

2    frame, relatively short?

3    A    Yes.

4    Q    And nobody else heard it except for you?

5    A    And Tammy Miller heard the end of a conversation.

6    Q    The only, the comment from your previous

7    testimony, let me make sure I understand this, the only

8    thing she heard was offering you, him offering you money --

9    A    Some amount of money, yeah, because he changed the

10   amount of money all the time.

11   Q    Right, but that's what she heard?

12   A    Right.  Because when people, people are coming

13   through there, he makes these comments all the time in that

14   main lobby and people are coming in and out of there all the

15   time, and that's when he would always shh-shh.

16   Q    Okay.  Did he say these at lunch too?  Did you

17   continue to go to lunch with him?

18   A    Yeah, he would say them at lunch too, when I was

19   going a lot less with him.  Because at, this was the point

20   where he took me to the Nelson Building and took me other

21   places to let me know that Husfelt and Haley always backs

22   him up.  And he was, there was a couple of people like he

23   didn't like, and he, Tommye Lou Richardson, he told Tommye

24   Richardson and they were gone in no time.  So I always felt

25   like --

1    with my wife.

2         Q    All right.  And the entire time that he was

3    talking about this, you never reported this to anyone else

4    at the District?

5         A    No, sir.  I was dealing with my wife's breast

6    cancer, it came back, thought she had it again about eight

7    or nine months later.

8         Q    Okay, so she thought she had a relapse --

9         A    That last --

10        Q    -- of breast cancer?

11        A    -- that last year was just, that's why I'm not

12   good at time frames, is that, that whole year, I was in a

13   daze.  The time frames is the place I'm having problems

14   because it's too, I had too much on me, and I was worried

15   about losing my job too.

16        Q    All right.  All right.  Paragraph 16 of your

17   complaint, it says, the events set forth herein lead, in

18   part, to your termination on contrived allegations.  Have

19   you been terminated?

20        A    I would be, just be, basically, I have no chance

21   of advancement any more.  They have all the higher positions

22   above me are, they require different...

23        Q    Okay, have you lost your job?

24        A    I didn't lose my job, but I would right now, I

25   would be the Logistics Supervisor at this moment if I had

1    not reported this.

2        Q    Logistics Supervisor is what?

3        A    Kenny Hoffman's position.

4        Q    That position doesn't exist any more?

5        A    That's correct.

6        Q    Okay.  So, you haven't been terminated?

7        A    No, sir.  I said my contract changed, but that's

8    it.

9        Q    All right.  We talked about your contract changing

10   before, did your actual contract with the District change?

11       A    They can contract me out now right, they can get

12   rid of me easy now.

13       Q    Did you, the contract between Mr. Michael

14   Richardson and Bay District Schools for the position of

15   material --

16       A    Controller.

17       Q    -- maintenance material man, did that change?

18       A    It did.

19       Q    They changed, who changed that contract?

20       A    They changed it, I don't know how long ago it was,

21   where they can privatize any support positions and just

22   promise an interview.

23       Q    Okay.  Did you sign an agreement to change that

24   contract?

25       A    No, but in the Board meeting, they agreed to that,

1    and that's --

2         Q    Okay, but --

3         A    -- when they contracted out food service.

4         Q    Okay, I don't want to argue about legal issues --

5         A    Okay.

6         Q    -- but the contract that you have, the written

7    contract, the continuing contract that you have with Bay

8    District Schools, that you get paid every month, and it

9    tells you what your job is, that requires both parties to

10   agree to change, it can only be canceled if it's been, if

11   it's for cause, did that change?

12        A    That, we don't even have a physical contract, you

13   know, I don't even have a contract as far as a paper

14   contract, you know.  It's just, when you went to work for

15   them after --

16        Q    Let me ask you this, are you sure, do you know it

17   changed?

18        A    Well, I mean, that's how they just did they food

19   service.

20        Q    Okay.

21        A    Because food service were all support employees.

22        Q    You're not, I understand that you think you can be

23   outsourced now, okay --

24        A    (Witness nods head).

25        Q    -- and that may have changed, but what I'm asking

```
 1   you is, you said your contract changed --

 2       A    Yes, sir.

 3       Q    -- your contract?

 4       A    They said all support employees, and I'm a support

 5   employee.

 6       Q    Okay.

 7       A    So that's --

 8       Q    -- to the extent that all support employees

 9   contract changed, or the rights changed, then that may have

10   changed?

11       A    Yes, sir.

12       Q    But your contract didn't change?

13       A    It did because all of us --

14       Q    Only, only as a function of the larger support

15   employees, is that right?

16       A    Right.

17       Q    Okay.

18       A    Right after I got the message that he's tired of

19   lawsuits.

20       Q    Okay.  All right.  You're also claiming emotional

21   distress, mental pain and suffering and past lost wages.

22   Have you seen a psychiatrist over any of this?

23       A    No, I haven't.  The, I gotten very suicidal at

24   times, there's times that's been so bad, I got very suicidal

25   a few times, but I'm okay today, as far as not suicidal.
```

1   did to me once.  He says, how do I know you're not trying to

2   get rid of me, you know.  So, it's something I'm dealing

3   with, all the top people now want to label me, and I would

4   be making 20,000 a year more now for the next seventeen

5   years if it wasn't for this.

6          Q    You'd be making 20,000 dollars a year more for the

7   next seventeen years?

8          A    Yes, sir, that's how long it was to retire when he

9   was saying it.  At that time, I was fifty, and he kept

10  telling me that I'd make about 300,000 more in seventeen

11  years.

12         Q    Okay, other than, other than what you just

13  described, do you have any other lost wages?

14         A    Just my, well, I've had a lot of expenses, as far

15  as preparing this lawsuit and so forth.

16         Q    Has your, has your, have your hours changed?

17         A    No, sir.

18         Q    Have your duties changed significantly?

19         A    Well, like I told you, they keep adding more and

20  more on me.

21         Q    Correct, but that has been a steady process, from

22  what you described, from the time you started working there

23  nine years ago, right?

24         A    Well, when they, they put this, all this extra

25  work on me right about the time I reported this.

245

1    Q   Who put all this extra work on you?

2    A   Basically, they don't even call you, they just,

3 they just sent word over that I'm going to be over Tommy

4 Oliver now, as far as all their PO's and bids.

5    Q   So, when did you get put in charge of Tommy

6 Oliver?

7    A   It was about two years ago, about a year and half,

8 two years ago, about two years now.  And that added about 10

9 or 15 percent to my job duties.

10    Q   What else besides putting you in charge of Tommy

11 Oliver?

12    A   They, they had me do that.  And then like I said,

13 when they kept cutting the budget each year, each year

14 they've cut our budget, they've made it harder, made it

15 harder and harder for me to get, to keep in the budget.

16    Q   Okay.

17    A   Before, before this, they were able to spend like

18 crazy and have no problem meeting the budget.  Now, they're

19 having to come to me the last couple of years, almost daily

20 saying, Mike, how are we today, how are we today.  That's

21 how tight it is now.  So, it's making me have to take a lot

22 of extra time daily trying to see where we are.

23    Q   Okay, okay.  What else?

24    A   And like I said, I know I'll never be promoted

25 again.  I had a lot of friends in a lot of departments until

```
 1    I reported this, word got around real fast.  They, Bay

 2    District Schools don't have many positions that I would

 3    qualify for, the Supervisor of Maintenance and the Logistics

 4    Supervisor was pretty much my only chance of...

 5         Q    Other than those, any other, is your office the

 6    same?

 7         A    Except that sometimes, well, everybody there keeps

 8    telling me they think my office is bugged.  And I've had a

 9    lot of computer problems, I've had a lot of computer, I've

10    never had --

11         Q    Has your office changed?

12         A    Not the office itself -- yes, I take that back, it

13    did.  The very first week the new Supervisor of Maintenance

14    came there, he had them put a window in my door and nobody

15    else's.

16         Q    So, they added a window to your office?

17         A    No, and that's what made it really bad for me

18    because I kept thinking Jimmy Thompson could come in here

19    and just see me in there and shoot me.  And I felt a lot

20    less secure when they put that window in that door.  His

21    first week he told me to move, Kenny Hoffman's office

22    finally got where you could see in there, open the blinds,

23    and then we put an e-mail, I mean, it was a work order to

24    put a window in my office.  And nothing ever else happened

25    to anybody's doors until months into it when they seen what
```

1    I had said, and then all of sudden, now they're putting

2    windows everywhere.

3         Q    So, they added a window to your office, any other

4    changes in your office?  Did --

5         A    No.

6         Q    -- you move?  No?

7         A    No, sir.

8         Q    Hours change?

9         A    No, sir.

10        Q    Pay change?

11        A    Well, when I say hours changed, if, it's making me

12   have to go in there early now because they kept adding more

13   and more to me, I'm having to go in there thirty minutes

14   early every day.

15        Q    Okay.  Did your, did your pay change?

16        A    Well, they've did pay cuts, we've taken one or two

17   percent pay cuts.

18        Q    Right, but that's uniform?

19        A    Yes, sir.

20        Q    Okay.  Okay.  Did, on paragraph 17 where it says

21   termination on contrived allegations, is that something that

22   you were planning on happening?

23        A    I don't see that.  Paragraph 17 here.

24        Q    Yeah.

25        A    16?

254

```
 1       A    The only thing they'd always told us is to report

 2  to our supervisor, our direct supervisor, which is what I

 3  did.

 4       Q    Okay.  Did you look at any other options?

 5       A    No.

 6       Q    Did you go on the internet --

 7       A    No.

 8       Q    -- and see what options the Bay District School

 9  had --

10       A    The only thing I'd ever seen is, like I said, I'd

11  never, this right here, they keep this, this is just a

12  report for school bullies.

13       Q    Did you look for --

14       A    I did not even know that was there.

15       Q    So, you never contacted anybody in --

16       A    No.

17       Q    -- personnel?  You never looked for some kind of

18  anonymous complaint procedure?

19       A    And let me ask you, oh, I can't say that, but I

20  mean, if I were to send an e-mail saying my direct, my top

21  supervisor is talking about my wife, they would --

22       Q    I'm just trying to find out what resources you

23  looked for.

24       A    Okay.

25       Q    And it sounds to me, you didn't really look?
```

255

```
 1      A    Well, I did what I was told to do, sir.

 2           MR. GARRITY:  Form.

 3      Q    So, I mean, you didn't, you didn't look for, you

 4   didn't report to personnel?

 5      A    Well, I talked to --

 6      Q    Yes or no?

 7      A    I did not report to personnel.

 8      Q    Okay.

 9      A    Except this e-mail.

10      Q    You didn't look at the internet, on the internet

11   options to see what options were available for anonymous

12   complaints?

13      A    Because this is not for adults, this is not the --

14      Q    Yes or no?

15      A    No.

16      Q    Okay.  Did you look at any other options to

17   report?

18      A    No, I didn't because when I reported to my

19   supervisor, he told me, we'll both lose our jobs.

20      Q    Okay.

21      A    And at that point, I was in, had a lot of medical

22   bills.

23      Q    Okay.  And when did you, you're talking about

24   Kenny Hoffman, right?

25      A    Yes, sir.
```

1    progressively.

2         Q    Sure.

3         A    Because I kept trying, I kept trying to fix him to

4    stop, you know, doing this, you know, but he kept, he'd be

5    fine for a few months and he'd start back up again.

6         Q    Right.  And then on March 8th, 2011, you talked to

7    Kenny Hoffman about it and told him everything?

8         A    And like I said, this letter was e-mailed two

9    years ago, so that's why I'm not remembering those dates,

10   exactly, but that sounds about right.

11        Q    Okay.  And then you sent an e-mail to the

12   Superintendent --

13        A    March 26th.

14        Q    -- you went to Hawaii?

15        A    Right.

16        Q    And then you sent an e-mail to the Superintendent,

17   whatever date that was?

18        A    March 22nd, 2011.

19        Q    Okay.

20        A    I remember because the day after my birthday is

21   how I remember that.

22        Q    And then the very next day, you participated in a

23   police sting operation to, where Mr. Thompson was arrested?

24        A    Yes.

25        Q    Okay.

1          A     And he, he did tell Tammy Miller, she's in charge

2     of payroll, he says, I need an extra hour leave time for

3     lunch, and that's, and he knew I was at work, and then he

4     thought he was meeting my wife, but, and I had given the key

5     to the Sheriff's Department, they were hiding inside my

6     house waiting for Jimmy to come, and then Jimmy showed up at

7     the door thinking my wife was going to answer.

8               MR. JACKSON:  Okay.  All right.  And I think

9     that's pretty much it, that's all I have.

10              MR. GARRITY:  No questions.

11                       NO FURTHER EXAMINATION

12                    (Concluded at 1:20 P.M.)

13                     (Signature requested)

14

15

16

17

18

19

20

21

22

23

24

25

GM i

Tommye Lou Richardson <richatl@bay.k12.fl.us>

# From:Mike Richardson

Michael Richardson <richame@bay.k12.fl.us>
To: William Husfelt <husfewv@bay.k12.fl.us>
Cc: Tommye Lou Richardson <richatl@bay.k12.fl.us>

Tue, Mar 22, 2011 at 11:35 AM

March 22, 2011



Dear Mr. Husfelt,

I am home today with a bad migraine. For months now I have been dealing with a huge problem that has been causing a lot of migraines. I have had this letter ready for weeks now editing it as the Lord led me. It certainly will not help my migraine today but hopefully will in the future.

My name is Mike Richardson and I am the Material Controller at the Maintenance Department. I have been with Bay District Schools for almost 9 years now. I was 50 years old yesterday and never once had to report a supervisor in my 34 years of working. Most anyone at the Maintenance Department sees me as Jimmy Thompson's right hand man and so does he. I know you are busy and did not know how to go about this so I sent it to you and Tommy Lou Richardson.

Let me start by asking "What would you do if someone asked you a hundred times if they could sleep with your spouse?" I have known Jimmy many years and we went to church together 10 years ago but he made the mistake many make when they move up and that is that he changed. About 18 months ago I noticed something changed in him. The biggest was that if he did not like someone he would let me know that he will eventually get rid of them. I could name 10 people that are no longer with us that he would keep calling in or write up until they usually just retired or left. Several were supervisors. When the economy is this bad you and everyone around you get nervous around the supervisors because you need the job and spent years building it.

About 18 months ago we would eat lunch together a lot but he set his eyes on the waitresses at Chow Time. He would flirt a little and I would not. In fact I could take you to several of the girls that he made it a point to flirt with. Then he began telling me that he had $3000 that Jeanelle does not know about and if I could find him a pretty Asian for an hour I could keep the money or if I paid them $1000 I could keep the rest. I told him nicely that what he wants would make me his pimp and is illegal. He would flirt with my wife a little also when we met up. From work he called my wife up about 18 months ago and told her that she had perky boobs. 2 days later we found out that she had breast cancer and had to have surgery and 7 weeks of radiation 5 days a week. That day I e-mailed you and you were so kind and forwarded my e-mail to everyone about being checked regularly. It meant a lot to me. A couple of weeks later right after her surgery my wife told me that she knew I thought a lot of Jimmy but wanted me to know the whole story and let me know that he offered her money and told her that if she met him Mike did not have to know. I went to work the next day and as soon as I walked in the door I let him know that I knew what he said. First he denied it and then told me that older woman need compliments because they want to know they are still desirable and he was trying to make her feel better. I told him she did not like it and he said he would not say anything else.

This is what has happened since then:

1. At least 50 times he has mentioned about me getting him an Asian and he would give me the $3000 and many of those times said "Anna would do." (My wife)

2. He started asking me if Anna could get one of her Filipino friends to stay with us a month and he would pay the plane tickets and just needed some fun a few times with her. He asked this at least 100 times. (He assumes any Filipino would have sex with him if he bought them a ticket here for a few weeks. Like a prostitute. He kept asking me to talk with Anna about it. I kept telling him that she has no friends that are single and he said that does not matter if they are willing. So then I told him Anna said she is not his pimp and he would

keep asking again time after time.

3. He kept telling me I am the only qualified person for Kenny Hoffmann's job when he retires in 17 months and that I will get the job and had me spend weeks getting my resume perfect and get documentation of years of experience. He said it is perfect and I will get the job. As many months followed he would say "You know what you have to do to get Kenny's job don't you? Get me an Asian". He would also start telling me I would get the 10 years experience if I got him an Asian. He has brought this up several hundred times over the last 12 months. Steve Woodford started telling people that Bill promised him that job even though he does not have the accounting, budget or supervisor experience on the job description. So then he would keep telling me that he can get me the job anyway but I knew what I had to do. He would usually laugh but would keep bringing it up again and again. One employee named Jeremy just married an Asian and he told me that Jeremy might get the job because he has an Asian wife that is young and pretty.

4. It progressed to impossible about 5 months ago when I brought my wife to the Thanksgiving lunch at work and he followed me to her car and told me to forget getting him any Asian that he wanted Anna and let me know how great she looks. He called her from our work again and flirted with her and told her how great she looked and told her how much money he makes and how she could help me get his job one day if she played her cards right. She snapped at him again and told him it is not going to happen to give it up and that she needs to go.

The next day I sat down with him at work and told him that he really hurt Anna's feelings and that she is very upset at him and that it bothered me too. We talked about 5 minutes and he told me that he sensed it and that he would not call her again. Twice over the 18 months I sat down and told him that he offended Anna and myself and about 50 times I told him I would not be his pimp or my wife has no friend to bring here for him and at least 100 times I told him that he is going to make Anna mad and he told me that he does not think Anna would ever say anything. I told him that I would not count on that and that it bothers me too. A few weeks later he even started offering me money for my wife for an hour up to $4000 for an hour. He even stopped me on break a few weeks ago when I had one of my terrible migraines and told me I need to get out of the office to feel better and the whole time he talked about how much he wanted my wife.

My question to you is this. When your top supervisor harasses you hundreds of times and you keep telling them no and they come back and start again time after time what do you do? Over a year ago I talked with Tammy Miller about this. She is the other one that Jimmy dumps all of his work on. We are both former employee of the year people and he dumps a lot of his work on us because he says that he cannot depend on Terese or other supervisors. On my typical day I average about 50 calls, process 100 pieces of paperwork and do all of the PO's and budget for the Maintenance department. I also do hundreds of purchases and PO's for Food Service. This job kept me running. About a year ago they added Tommy Oliver Stadiums budget and Po's to me as well and added about 15% to my already busy job. Then about 10 times a day Jimmy calls me with problems and asks me to handle them that have nothing to do with my job because he says that he cannot depend on Terese or some of the supervisors. He does this same thing to Tammy and when we walk by he is usually relaxed and not stressed at all having a good time. He made my job so stressful I have to come in early and skip most breaks. So you take all this and add all he has said to me the past 18 months and he has made my life impossible. The last 5 months I began looking for another job and sleeping about 4 hours a day and my wife and family really noticed a difference. I was getting more and more upset that no matter what I say it does no good. It is like he is obsessed with my wife.

2 weeks ago when he saw me pull up as I walked through Terese's office he called me and as I stood in the door I could see cash spread out over his desk. At the time I did not pick up on what he was doing. He said take a look at $2000. It can be yours for 30 minutes if you talk to Anna. He knew we have had medical bills from her cancer and another cancer scare a few months ago. As I was about to leave Terese's office he had one of his burst outs and for over a minute rambled on. He said "I only want to f* her one time and it will not even last 30 minutes because I would not be able to get ready in time again. He said $4000 for an hour, 30 minutes $2000. Then when I was leaving he laughed and started again $4000 for an hour, 30 minutes $2000, 15 minutes $1000.

I had told Kenny my supervisor about his remark to Anna 2 days before breast cancer about the perky boobs. At that point I never said anything else until March 8 and I told him everything. I told him that I plan to report it but that my family saved up $5000 for us to take a trip to Hawaii the week of spring break to celebrate her cancer being gone for now and we just got back and the trip was wasted because we were upset the whole trip worried that I will lose my job for whistle blowing in a few years. She cried several times. $5000 wasted and he once again ruined something for us. Here is my wife dealing with cancer and having to worry about how he treats us and what happens if we say anything. We know that I would lose a lot of money because I would no longer get Kenney's job for reporting Jimmy.

I told Tammy Miller over a year ago and she knows everything. She agreed each time we talked about it that I might lose my job reporting the abuse. This is what I have dealt with for 18 months knowing I can only nicely turn him down or he would work against me

and get rid of me. When I first told her she said she put some things together and that Kim that worked for us last summer from Bay High said she wants to work for us full time but Jimmy hugs on her a lot. Terese said she did not want Kim back because she feels Jimmy would lose his marriage if she came back. Tammy also said one of her friends came by and he told her that she sure was pretty and kept asking about her. He even bragged to Tammy recently about telling one of the girls from Chow Time that I wanted to know if she was married which is not true. He even gave one of the girls from Chow Time my number instead of his.

My wife has had nothing to do with him the past 5 months. To make it worse I feel pressure that he cannot know I was fed up with him so that he would not turn against me and get rid of me. So I still went to lunch with him but about 75% less. I have listened to all this about 10 times a day the last 18 months with different request. He even calls me at home constantly asking me to fix his computer at home or to look up a phone number or come by for this and that. Hundreds of times he calls me during the night and vacations telling me a school got flooded and to stand by he might need me to call a vendor. I would sit at home waiting by the phone several hours and would call him back and he would say "Oh we were able to fix it." Not even worried that I kept sitting by the phone. This 29K a year person has spent hundreds of hours sitting on standby for him and he would send me in once and a while and never got a dime or comp time for it. My mom said he basically thinks he owns me and Tammy. My mom and a few others have known the whole 18 months and her and my wife kept telling me that the whistle blower usually is the one that loses their job a few years later. Do not get me wrong, she wanted to take care of him herself. (My mom.) I kept asking her what should I do and her answer was the same as everyone else's to talk with him again and I did again and again. I told her if I hit him, I lose my job and go to jail. I am smarter than that. He finds people that he thinks are weak and puts all the work on them and lets the other 50% sit around. I have over 20 years management experience and know that you will burn people out if you overload them and to instead make sure everyone is doing their job and to compliment each person on their strengths so that they will try harder and do their best.

When taking a job with Bay District Schools we agreed that we were willing to take a lie detector test which I would gladly do. I am sure if you ask he would not want to do so. Because I have a lot of respect for you and Tommy Lou Richardson, I only got legal counsel but never hired a lawyer. I got legal counsel because I knew on many occasions he had solicited me for sex for my wife, her friends and others. I knew that my wife and I both are being sexually harassed. I fall into the definition because he keeps coming to me to solicit my wife during work on a daily basis. I never went to the EEOC and I realize that this would constitute whistle blowing of an executive. I could not walk into either of your offices and give you all this information. I know that you are a Christian like myself and hope that you will get mad about something that is very wrong and fix it. I am asking that you do not do anything to Kenny Hoffmann because I told him 18 months ago about what he said to me wife and that he called her but nothing else until March 8. On that date he told me that we will have to report it. I told him that on that Saturday my family had saved $5000 for my wife and I to go to Hawaii during Spring Break to celebrate her cancer being gone for now and assured him I would report it this week. He has been very supportive to my wife and me and because his mom died of breast cancer was the only person from the Maintenance Department that stayed at the hospital during her surgery. Tammy Miller has been with Bay District School for many years and anyone that knows her can tell you that she is one of the kindest people you will ever meet and she has told me that she will gladly speak if she needs to that she has known all this time. She fears her job just like myself but knows that it is right.

I come to you a very tired man. I am one that has given Bay District Schools my all for 9 years. Nothing but perfect evaluations every year. My past 18 months I have worked my overloaded job where 15% more was added and Jimmy added a lot of his problems as well, being harassed 5-10 times a day, my wife getting breast cancer, surgery, treatments, thinking she had it again for a whole month, seeing that same woman being sexually harassed, fighting with my mind daily because I wanted to fight back and everyone tells me I would lose my job and my wife could not deal with financial problems as well. I was working full time and looking for a job nights and weekends, averaging 4-5 hours of sleep a night and 4-5 migraines a week. Where he makes me so mad is that he tells me "I wish I knew what was causing your migraines."

Mr. Husfelt, I have a lot of respect for you. I ask that this be handled in a way that you realize that my wife and I have been victims for quite some time to someone that got power hungry. I ask you to please consider that I literally gave up a big job promotion with 10 years experience that he promised me by turning him in. My family is more important. I hope and pray that this will make you respect me for standing up for my wife that has been through enough. I hope that the next few days all of you will use discretion as you consider making him pay us for all the money he cost us, the trip and all the hours spent looking for another job, lack of sleep and torment he has caused the both of us. I am also burned out from all this and hope they can get me a couple of weeks with pay to rest my mind and I expect to be getting more harassment from him after this gets out. I also hope that you will get me out of his authority and try and find me a better paying position in Risk Management, somewhere at the Nelson Building or at one of the schools. I also ask you to consider if this were you. All we have been through and a friend of his could get rid of me after you or others retire. Is this right? I would appreciate my last 15 years getting a solid contract even if I change positions that after 9 years of perfect service I feel I have earned. I was advised that just as Jimmy has done that supervisors can get rid of someone by claiming economic times, or not doing their job when they are, etc. Once again, is this right? I feel I am a whistleblower because I have to be. I ask you these things simply because it is right Mr. Husfelt. It should not cost me a lot of money or go bankrupt or lose my job because a man chose to harass me on a daily basis. I talked with him time after time and gave him the benefit of the doubt. When it does not stop, even a Christian and former deacon has to step forward and this is what I have done.

I end by saying this to you. What would you do if a man asked you a hundred times if he could sleep with your wife? I have put up with

this 18 months now fearing retribution. Please use discretion and please do not make a quick decision on this because it has taken me weeks just to do this letter. I am at home today at 265-5793 but know that I will probably not hear from anyone today. I can also be reached at home after 4 PM. My personal e-mail at home is :lourdes62197@bellsouth.net. My work phone line that stays busy a lot is 872-4864.

Being Superintendent of Schools, I humbly ask you to stand up to sexual harassment and protect those that are harassed. I asked you to stand up for the victim and not the harasser. God would want the same.

Respectfully,

Mike Richardson

--
Mike Richardson
Material Controller
Bay District Schools
Phone 850-872-4864
Fax 850-872-4861

The information contained in this message may be privileged and confidential and protected
from disclosure. If the reader of this message is not the intended recipient, or an
employee or agent responsible for delivering this message to the intended recipient,
you are hereby notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this communication in error,
please notify us immediately by replying to the message and deleting it from your
computer. Under Florida law, e-mail addresses are public records. If you do not want
your e-mail address released in response to a public-records request, do not send
electronic mail to this entity. Instead, contact this office by phone or in writing.

GM i

Tommye Lou Richardson <richatl@bay.k12.fl.us>

## Update:Mike Richardson

Michael Richardson <richame@bay.k12.fl.us>
To: William Husfelt <husfewv@bay.k12.fl.us>
Cc: Tommye Lou Richardson <richatl@bay.k12.fl.us>



Sun, Mar 27, 2011 at 11:08 AM

Dear Mr. Husfelt,

I wanted to get back with you and Dr. Richardson because I knew this has been major news the last 4 days. I have been too stressed at work with these migraines and could not focus on what I wanted to say so I would rather let you guys read this when you have a chance.

You and Dr. Haley both told me that you wished I would have said something sooner. This is the reason I was having to get advice the last few months is because I was told that they would not believe me since he is an administrator. This is when we started the recording. Dr. Richardson called me a few hours after the e-mail and I am a very intelligent man and have no doubt in my mind that she did not believe me by her tone. Not only did she not believe me but she let me know that he would be notified the next day and I would have to work side by side with him. This is not how it should be done. I also have no doubt in my mind that they would have pressed charges against me saying I tried to make false accusations. Basically, I would have lost my job and got arrested or charged. In other words, a man that was harassed for 18 months hundreds of times during work hours while his wife was dealing with cancer would lose his job and get in trouble and Jimmy would still have his job. So my answer to the both of you is that this needs to change. I realize Dr Richardson knew Jimmy many years and it was a shock to her but when there is a potential victim you do not start the process by jumping the possible victim. This is why I did not say anything sooner. Without those recordings I would have been told there was not enough evidence.

What did Jimmy learn? He was able to retire; it will not go on his record and will live comfortably. Now let's talk about Kenny Hoffmann. 33-1/2 years and he was given the same options as Jimmy. You can see why I want an iron clad contract for whistle blowing after this. Jimmy harassed me and Kenny stood by both of us and he gets the same options as Jimmy the one harassing me. You told him not to tell me but did you stop to think he might go back to work crying? When a person is upset, they talk. Kenny told me that until a few days ago he did not realize I was being sexually harassed until I explained it to him. He thought it was my wife only. I will be the first to tell you that Kenny is lazy. Once again this is Jimmy's fault. I told Jimmy on many occasions that Kenny loves being given projects. He needed to be checking on his men, going around to his employees and making sure they were doing their jobs, etc. Jimmy chose to let him sit around and he has only 1.5 years left on the DROP.

I know Terese is a good friend of yours and Dr. Haley. She makes sure we all know that. I love her and until a couple of years ago she was a great employee. Now, she is the laziest employee in our department. Jimmy watched her come in 5-10 minutes late almost every day and never did anything about it. Everyone knows that she is on the phone personal calls about 3-4 hours a day and I am not exaggerating. She sits at her desk and has about 2 hours of work a day because she told Jimmy she was too busy to do payroll so this was where once again he went to Mike or Tammy and went to Tammy that is very busy and added payroll. She still has some loyalty to Jimmy and there is a reason I had to bring her up. I found out Friday that Jimmy offered her money for sex years ago. She told him no and now is kind of upset at me because she felt I could have done the same. The difference was that at the time he was not her supervisor, it was the husband of the woman not employed with BDS, I talked to him several times and he chose to start back up again weeks later. He seems to have it in his mind that Filipinos are prostitutes that will do anything for money and kept asking for her Filipino friends as well thinking they would do anything for money. One of the many things BDS owes me is not asking me my source. I ask you instead to interview her and to tell her that everyone is being talked to and ask some questions and let one of them be "Did he ever offer you or anyone else money for sex?" If she says no, then please say. When talking with Jimmy we discussed his past. Are you sure he didn't offer you anything? Then I bet she will admit it.

Carl Dick. Temporary Supervisor of Maintenance. Jimmy's best friend of 33 years. Jimmy's one phone call from jail. They are talking constantly and when I try and explain things I need signed, etc. he always says "Jimmy explained those things to me. Jimmy is training him. When he first found out it was obvious he was mad at me because he is a Christian as well and many believe we should not go as far as getting someone arrested and I know this is his opinion. So I told him "Carl, I heard that Jimmy has been telling you I set him up. Just know that I have recordings and you could hear them if you do not believe me and that on the final day he told me on the recording sting that he just went to Carl and told him to get them some side jobs so that he could make more money. He said this way in a few weeks he will be able to pay me the balance for the 30 minutes with Anna that he had deposited the $2000 and Jeanelle would know if he took it back out. My point and the reason I had to tell Carl is because he is the new big boss that feels sorry for Jimmy and I truly believe sees Jimmy as the victim instead of my wife and myself. In other words, one day he might say "I do not like what Mike did to my best friend" and will take it out on me and I will lose my job. It is easy to turn things around on someone. He is a good man but he told

me that he is processing things. I cannot trust him in the future.

The main purpose of this e-mail is to let you know that when I wrote you Tuesday, I was worn out and stressed to the max and lots of migraines. It is 10 times worse now. In the last 4 days we dealt with this. The sheriff's office coming to my house asking me to do a sting. I went in and they had me do several recordings and they were inside my house. When he showed up at the door, instead of my wife greeting him, it was the sheriff's office. I never planned to have him arrested but cannot say he did not deserve it. But I did this for Bay District Schools. I figured that because you sent him to my house that you wanted me to prove it so that you could have a reason to let him go. So I did this for you and when he retired you said it was not a legal issue with Bay District Schools but more of a moral thing. It made me feel like that me being harassed at work hundreds of times during business hours illegally and it was going to be my problems and not BDS. In other words, what if he sues us and claims defamation or something?" As if we have not been through enough and in 2 weeks my wife starts another breast cancer screening which is always hard on us. He broke the law while you while you were paying him a large salary. In other words I was making 29K a year, overwhelmed with work and he was coming to me 10 times a day doing this and making 76K a year and sitting around his office.

Jimmy got arrested and admitted to it. But I bet he is telling everyone the same thing he tells Carl that I set him up.Unbelieveable.I kept telling him to quit nicely and he ask hundreds of times and cannot believe I turned him in. Well, if he loses his marriage to or keeps being embarrassed I still feel my wife and my life is on the line. He could go crazy and owns a lot of guns. I have the whole neighborhood watch looking out. Because this somehow got to the media and they gave way too much information saying a male colleague and his wife it got put together real quick. I feel most agree with me but anything that goes wrong in the future I will get blamed for it. I have been at work fearing for my life and keeping a can of wasp spray on the desk. Our stress is just plain out maxed to the tee and I feel will be for months of years to come. You and Dr. Haley asked me not to discuss this but have had me at that location all week. I have been getting calls all day long from vendors, media, attorneys many that used to work there and even my wife's work knows. 50 people from work walked in my office and told me they heard and hope my wife and me are okay. What can I say? I cannot deny it. So I just say. "I am glad to be getting this behind us." I guess you can see why it is going to be hard for me to work at the Maintenance Department in the future. Most are with me but many could not believe I had him arrested which I felt I did for you and that was why you sent him.

I have always been one of those that saved every dime I could for you. I can tell you now how to save about $120K a year. Kenny Hoffman's position does not need to be filled. The Supervisor of Maintenance could easily do it because it is mostly office people except for the painters. You have a carpenter supervisor and a locksmith supervisor. Carl Dick and Dwayne are both in the DROP. Those jobs could easily be merged into one supervisor. Just letting you know.

My wife and I are so tired of all this mess. We also hate that Bay County knows about it. My wife and I are even more stressed thank before. We have been labeled and I think this is sad. You see, the problem is everyone thinks that he offered me money one time. This is what Bay County thinks. Everyone has told me not to say anything. I understand that. But what you do not realize is because of that people are saying to them "Jimmy offered Mike money and Mike had him arrested." So instead of victims we are looked at as vicious when the facts are that this has happened hundreds of times. We are the ones that jump when the phone rings and looking out the window. We are the ones looking over our shoulders.

Thanks, Mike Richardson

--
Mike Richardson
Material Controller
Bay District Schools
Phone 850-872-4864
Fax 850-872-4861

The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public-records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

## CHAPTER THREE
## PERSONNEL - GENERAL PROVISIONS



EXHIBIT
8

### INSERVICE EDUCATION                3.101

The Superintendent shall provide the necessary inservice education and training activities to keep all staff knowledgeable and effective in their jobs. Such inservice may be in the form of workshops, conferences, special training sessions, or similar events.

*Authority: 230.22(2), F.S.*
*Law Implemented: 230.23(4)(1), F.S.*
*History: New, June 12, 1989*

### JOB DESCRIPTIONS                3.102

The Superintendent shall develop and the Board shall approve job descriptions for each type of work to be performed by employees of the district. Job descriptions shall include:
1. Job Title
2. Qualifications
3. Duties to be performed
4. Type and extent of training required
5. Degree of responsibilities
6. Other related factors

*Authority: 230.22(2), F.S.*
*Law Implemented: 230.23(5), 230.33(7), 236.02(3), 231.09, F.S.*
*History: New, June 12, 1989*

### REDUCTION IN FORCE,
### NON-BARGAINING EMPLOYEES                3.103

This policy pertains to non-bargaining employees only. When a reduction in the number of employees in the district is necessary, the following procedure shall be followed:
1. A decision will be made as to the number of employees to be placed in lay-off by job title.
2. In each job title the employee to be laid off shall be in this order:
   A. the employee who volunteers to resign or be put on leave of absence
   B. the employee with the least amount of continuous service in the district. Where length of service is the same, qualifications for the instant job will determine the employee to be retained.
3. No new employee will be employed in a job title where an employee is still in lay-off.
4. The most senior laid-off employee will be recalled first within each job title.

5. Employees in lay-off (up to 180 days) shall maintain their status as an employee on unpaid leave for the purposes of self-pay insurance and seniority accrual.

*Authority: 230.22(2), F.S.*
*Law Implemented: 231.36(5), 230.23(5), 236.02(3), 231.001, F.S.*
*History: New, June 12, 1989*

### GRIEVANCE PROCEDURE
### NON-BARGAINING EMPLOYEES                3.104

The School Board shall provide fair and equitable treatment in the interpretation and application of policies and regulations.

Definition. A "grievance" is a claim based upon an event or condition which affects the welfare and/or terms and conditions of employment, including claims of alleged discrimination, discrimination under School Board Policy 2.111 of any employee or applicant for employment with the School Board which has not been resolved as a result of a conference with the principal at the school center or immediate supervisor elsewhere.

Purpose. The purpose of this procedure is to secure, at the administrative level closest to the aggrieved person, equitable solutions to the problems which may, from time to time, arise affecting the welfare or working conditions of all personnel, and applicants for employment.

Collective Bargaining Employees. All employees who are covered by a collective bargaining agreement shall follow the grievance procedures set forth in their respective collective bargaining agreements.

Procedure. The employee or applicant must communicate the allegation verbally or in writing to the employee or applicant's principal or immediate supervisor, or his/her designee, within 60 days of the alleged incident. If the complaint involves the employee or applicant's principal or immediate supervisor, the written communication shall be directed to the Deputy Superintendent or Executive Director for Curriculum and Instructional Services.

Step 1: If a conference with the principal or immediate supervisor fails to solve the conflict, the employee or applicant will have five (5) working

days to file a written grievance with his/her principal or immediate supervisor with the objective of resolving the grievance. A written disposition of the grievance will be given to the party filing a grievance within five (5) working days.

Step 2: In the event the written disposition fails to resolve the grievance, the employee or applicant may appeal the grievance to the Deputy Superintendent. The employee or applicant and principal, or immediate supervisor, may seek assistance of any party in behalf of their presentation to the Deputy Superintendent. The Deputy Superintendent will submit a written disposition within five (5) working days to the grievant.

Step 3: In the event the written disposition by the Deputy Superintendent fails to resolve the grievance, the employee or applicant may request a hearing before the Superintendent. All parties may present evidence or testimony in their behalf. The decision of the Superintendent will be final.

The right to confidentiality of the complainant, of the accused, and of any others involved in the investigation, will be respected consistent with the District's legal obligations, and with the necessity to investigate allegations of misconduct and take corrective action when the conduct has occurred. Warnings will be given regarding retaliation against the complainant, the accused and any other person involved in the investigation. Disciplinary action, up to and including dismissal, may be taken against violators of this policy.

Authority: §1001.41, Fla. Stat.
Law Implemented: §1000.05, Fla. Stat.; Fla. Admin. Code R. 6A-19.001-6A-19.010
History: New, June 12, 1989; February 14, 2001; August 28, 2002; June 25, 2003

## POLITICAL ACTIVITY, NON-BARGAINING EMPLOYEES          3.105

Definitions.

Political Activity. The term "political activity" shall include any and all efforts of individuals, individually or in concert with others, done for the purpose of supporting or opposing any candidate, party, or issue in an election or done to affect the results thereof.

School Facilities. The term "school facilities" shall mean any buildings and grounds, owned, operated, controlled or maintained by the School Board, including but not limited to schools, ancillary facilities, athletic facilities, and office complexes.

Political Events. The term "political events" shall include any and all meetings, fund raisers, gatherings, or other such events organized or conducted for the purpose of supporting or opposing any candidate for public office, any issue which is or may be scheduled to appear on an election ballot, or any political party or organization.

Political Activity in School Facilities.

Political Events. Except as provided herein, no political events may be conducted at School Facilities at any time.

Political forums in which the general public is invited to meet and hear all candidates in a particular race or races, or to meet and hear representatives of both sides of an issue appearing on the ballot, may be held in school facilities under the following conditions:

1. The forum must be sponsored by an organization having an official affiliation with the school or school system;
7. All announced candidates for the specific office or offices, or representatives for oragainst each issue, included shall be given an invitation in writing;
8. The presentation by each candidate for any office, or representative for or against a specific issue, shall be limited to the same amount of time;
9. Distribution of campaign materials shall be confined to the immediate area in which the forum is being conducted;
10. No preferential treatment shall be afforded any candidate or issue in any way (i.e., seating, speaking order, introduction, etc.)

Political Activity by Students. Students shall have the right to generally express their preference for political parties, issues, or candidates in any manner during school hours, or at school activities held in school facilities. However, any such form of expression shall be subject to reasonable regulation by the school at any time that:

☐ Login



Home    Parents    Students    Employees    Community    Business    Budget    Contact Us

Employees                                                  Search

# Employees
# Getting Started With Bay District Schools!

**New Employees**

**General Employee Information**

Our District    ▾
School Board    ▾
Schools    ▾
Departments    ▾
Calendar    ▾
Florida DOE Websites    ▾
Job Opportunities    ▾
Contact Us



Located on the beautiful Gulf Coast, Bay District Schools offer a variety of employment opportunities.

⊡ With more than 4,500 employees Bay District Schools is proud to be one of the largest employers of Bay County.
⊡ The district has 163 National Board Certified Teachers (NBCT).
⊡ 26 out of 37 Bay District Schools received a grade B or higher during the 2008-2009 school year.
⊡ Many schools maintained good FCAT scores while 5 improved their school grades during the 2008-2009 school year.

The following items have been posted for the benefit of new and current employees.

Bay District Schools Intranet

Employees of Bay District School must sign in to access the Intranet.

Log In:

User Name: Email (ex: example@bay.k12.fl.us)
Password: **Network Password**

For detailed instructions, click here.

 Employee

**AUP**

⊡ Aesop
⊡ Anonymous Report of Bullying Harassment
⊡ Board of Education
⊡ Classroom Website Request Form
⊡ Demonstration Classes
⊡ Digital GradeBook
⊡ District Dashboards
⊡ Employee Benefits
⊡ Google Tutorials
⊡ Google Mail
⊡ Help Desk
⊡ HR Portal
⊡ Human Resources
⊡ Inservice Workshops
⊡ My classroom Websites
⊡ Payroll Forms
⊡ Phone Assistance
⊡ Report Educator Misconduct
⊡ Temporary Services (Information for Substitute Teachers)
⊡ Web Resources

**Passwords**

Change Password

Help Desk

Self-Help Password Reset Instructions



## ANONYMOUS REPORT OF BULLYING/HARASSMENT

| Accused Name(s)(last, first, initial) | School | Grade |
|---|---|---|
| | | |
| Victim(s) (last, first, initial) | School | Grade |
| | | |

**When** did the incident(s) take place?  Date?Day:_____Time:_____

**Where** did the incident/things happen?

Please describe in writing, what actually happened, include as much detail as possible.

**Who** witnessed the incident?  Please provide as much information about the witnesses as possible.

ESE/SS.219.12/09

```
1                    CERTIFICATE OF REPORTER

2    STATE OF FLORIDA

3    COUNTY OF BAY

4        I, Floie Lynn Sexton, a Court Reporter and Notary

5    Public in and for the State of Florida at Large:

6        DO HEREBY CERTIFY that the foregoing transcript was

7    taken before me at the time and place therein

8    designated; that before testimony was taken the witness

9    was duly sworn; that the deposition was taken

10   stenographically and tape recorded, and thereafter

11   reduced to typewriting; and the foregoing pages numbered

12   three (3) through one hundred seventy-seven (177) are true

13   and correct to the best of my knowledge and belief.

14       I FURTHER CERTIFY that I am not a relative, employee,

15   attorney or counsel of any of the parties, nor a relative

16   or employee of such attorney or counsel, nor financially

17   interested in the foregoing action.

18       WITNESS my hand and official seal this 26th day of
     February, 2013.
19

20                              _____

21                              Floie Lynn Sexton
                                Notary Public – State of Florida
22                              My Commission No.  EE830659
                                Expires:  September 6, 2016
23

24

25
```