UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL RICHARDSON,

    Plaintiff,

v.

                                CASE NO.: 5:12-CV-00201-RS-CJK

BAY DISTRICT SCHOOLS,

    Defendant.
_____/

## AFFIDAVIT OF WILLIAM V. HUSFELT, III

STATE OF FLORIDA    )
                              ) ss.
COUNTY OF BAY      )

    BEFORE ME, the undersigned authority, personally appeared William V. Husfelt, III, who, after being by me first duly sworn, deposes and says under oath as follows:

    1.    My name is William V. Husfelt, III. Unless otherwise expressly indicated, the facts set forth below are based upon my personal knowledge and the opinions set forth are my own.

    2.    I am the publicly elected Superintendent of the Bay District School system. I, along with the School Board, am responsible for the administration and operation of all of Bay County's public schools.

    3.    On March 1, 2011 I emailed the following Board policies to all employees for their review: Fraud, Affirmative Action, Harassment,

Cyberstalking, Ethics, and Suspension or Dismissal. A copy of the email is attached as Exhibit 1.

5. On March 22, 2011 I received an email from Michael Richardson regarding a complaint about his supervisor. I responded within the hour of receiving Mr. Richardson's email advising him that we would look into the matter immediately.

6. Later that afternoon, after my staff followed through with their investigation, the Bay County Sheriff's Office was called to investigate possible criminal conduct within Mr. Richardson's complaint.

7. On March 23, 2011 the Bay County Sheriff's Office conducted a sting operation that resulted in the arrest of Jimmy Thompson for solicitation of prostitution.

8. Jimmy Thompson no longer works for the School Board. He resigned soon after his arrest.

9. In reviewing the incident, I demoted Kenny Hoffman for failure to report this to Administration.

FURTHER AFFIANT SAYETH NAUGHT.

_____
WILLIAM V. HUSFELT, III, AFFIANT

The foregoing instrument was acknowledged before me this 8th day of March, 2013 by WILLIAM V. HUSFELT, III, who is personally known to and who did (did not) take an oath.



Notary Public - State of Florida
My commission expires: 11/30/14
Commission number: EE 037534




DEFENDANT'S
EXHIBIT
1

## Archive export: BDS Policies

**husfewv@bay.k12.fl.us** <husfewv@bay.k12.fl.us>                           Fri, Mar 8, 2013 at 7:43 AM
To: husfewv@bay.k12.fl.us@aspmx.l.google.com

---------- Forwarded message ----------
From: William Husfelt <husfewv@bay.k12.fl.us>
To: Everyone@bay.k12.fl.us
Cc:
Date: Tue, 1 Mar 2011 12:26:33 -0600
Subject: BDS Policies

First, I know all of you are looking forward to Spring Break and it is certainly time off which you each deserve. There are several policies I need to remind/share with you. During a recent state audit, it was strongly suggested that our district regularly inform and remind our employees of specific policies. There is no suspicion of inappropriate or wrong behavior, but this is an effort to make sure that all BDS employees are informed and understand our procedures and policies for these important issues.

Specifically, I have attached a copy of each of the following School Board Policies: Fraud, Affirmative Action, Harassment, Cyberstalking, Ethics, and Suspension or Dismissal. All employees are required by School Board Policies to report any violation or suspected violation of these policies to their immediate supervisor or to the Superintendent of Schools. Violation of these policies may result in disciplinary action, termination of employment, termination of contract, or legal action. There will be no retaliation to employees reporting such offenses.

Please review the following School Board Policies regarding this:
- Fraud - 2.131
- Affirmative Action - 2.111
- Bullying, Harassment, or Cyberstalking - 7.207
- Suspension or Dismissal – 4.113

--
"YOU ARE THE FORCE!"

**Bill Husfelt**
Superintendent of Schools
Bay District Schools
(850) 872-7700

*"A Proud Supporter of Bay Education Foundation"*

Note: The information contained in this message may be
privileged and confidential and protected from
disclosure. If the reader of this message is not the
intended recipient, or an employee or agent responsible
for delivering this message to the intended recipient, you
are hereby notified that any dissemination, distribution

or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.



**4 attachments**

- **Policy Suspension Dismissal Employee.pdf**
  74K
- **Policy Anti-Fraud.pdf**
  74K
- **Policy Bullying Harassment Cyberstalking Workplace.pdf**
  118K
- **Policy Non Discrimination Equal Employment.pdf**
  82K