UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL RICHARDSON,

    Plaintiff,

v.	CASE NO.: 5:12-CV-00201-RS-CJK

BAY DISTRICT SCHOOLS,

    Defendant.
_____/

### AFFIDAVIT OF TOMMYE LOU RICHARDSON

STATE OF FLORIDA    )
    ) ss.
COUNTY OF BAY    )

BEFORE ME, the undersigned authority, personally appeared Tommye Lou Richardson, who, after being by me first duly sworn, deposes and says under oath as follows:

1.    My name is Tommye Lou Richardson. Unless otherwise expressly indicated, the facts set forth below are based upon my personal knowledge and the opinions set forth are my own.

2.    I was the Director of Personnel from July, 2004 through July, 2009. I was Executive Director for H. R. and Employee Support Services for Bay District Schools from July, 2009 through January, 2012. I was responsible for all personnel matters in the District, including maintaining appropriate records.

3. While I was H.R. Director, the District had policies against sexual harassment in the workplace. In addition, the District could and did receive anonymous complaints of harassment through its website. Copies of the harassment policy and anonymous complaint form are attached as Exhibit 1 and Exhibit 2.

4. Additionally, the District placed posters regarding reporting procedures for discrimination and harassment complaints throughout the District's worksites. Exhibit 3 is a picture of a poster that was and still is in place at the District's Maintenance Department.

5. At the Superintendent's request, I conducted an investigation into Mr. Richardson's email complaint, dated March 22, 2011. As a result of the investigation, the District contacted the Bay County Sheriff's Office about Thompson's possible criminal conduct. Mr. Thompson was arrested and later resigned his employment with the District.

6. I later learned that Kenny Hoffman was told about Mr. Thompson's behavior shortly before Mr. Richardson's email, but was asked not to report it by Mr. Richardson. The Superintendent demoted Mr. Hoffman for his failure to immediately report this complaint to Administration.

7. By the time I left Human Resources in 2012, Mr. Richardson had not suffered any adverse employment action or any loss of pay or benefits or position as a result of my investigation or his complaint.

8. To my knowledge, there has never been any complaint of sexual harassment filed against Jimmy Thompson other than Mr. Richardson's.

FURTHER AFFIANT SAYETH NAUGHT.

*Tommye Lou Richardson*
TOMMYE LOU RICHARDSON

STATE OF FLORIDA
COUNTY OF BAY

The foregoing instrument was acknowledged before me this 8TH day of March, 2013 by TOMMYE LOU RICHARDSON who is personally known to me and who did (did not) take an oath.

(SEAL)

*Alicia L. Bennett*
Notary Public - State of Florida
My commission expires: November 31, 2014
Commission number: EE 037534

ALICIA L. BENNETT
Commission # EE 037534
Expires November 30, 2014
Bonded Thru Troy Fain Insurance 800-385-7019


DEFENDANT'S EXHIBIT 1

# CHAPTER THREE
## PERSONNEL - GENERAL PROVISIONS

### INSERVICE EDUCATION                        3.101

The Superintendent shall provide the necessary inservice education and training activities to keep all staff knowledgeable and effective in their jobs. Such inservice may be in the form of workshops, conferences, special training sessions, or similar events.

*Authority:* 230.22(2), F.S.
*Law Implemented:* 230.23(4)(1), F.S.
*History:* New, June 12, 1989

### JOB DESCRIPTIONS                           3.102

The Superintendent shall develop and the Board shall approve job descriptions for each type of work to be performed by employees of the district. Job descriptions shall include:
1. Job Title
2. Qualifications
3. Duties to be performed
4. Type and extent of training required
5. Degree of responsibilities
6. Other related factors

*Authority:* 230.22(2), F.S.
*Law Implemented:* 230.23(5), 230.33(7), 236.02(3), 231.09, F.S.
*History:* New, June 12, 1989

### REDUCTION IN FORCE, NON-BARGAINING EMPLOYEES            3.103

This policy pertains to non-bargaining employees only. When a reduction in the number of employees in the district is necessary, the following procedure shall be followed:
1. A decision will be made as to the number of employees to be placed in lay-off by job title.
2. In each job title the employee to be laid off shall be in this order:
   A. the employee who volunteers to resign or be put on leave of absence
   B. the employee with the least amount of continuous service in the district. Where length of service is the same, qualifications for the instant job will determine the employee to be retained.
3. No new employee will be employed in a job title where an employee is still in lay-off.
4. The most senior laid-off employee will be recalled first within each job title.
5. Employees in lay-off (up to 180 days) shall maintain their status as an employee on unpaid leave for the purposes of self-pay insurance and seniority accrual.

*Authority:* 230.22(2), F.S.
*Law Implemented:* 231.36(5), 230.23(5), 236.02(3), 231.001, F.S.
*History:* New, June 12, 1989

### GRIEVANCE PROCEDURE
### NON-BARGAINING EMPLOYEES                   3.104

The School Board shall provide fair and equitable treatment in the interpretation and application of policies and regulations.

Definition. A "grievance" is a claim based upon an event or condition which affects the welfare and/or terms and conditions of employment, including claims of alleged discrimination, discrimination under School Board Policy 2.111 of any employee or applicant for employment with the School Board which has not been resolved as a result of a conference with the principal at the school center or immediate supervisor elsewhere.

Purpose. The purpose of this procedure is to secure, at the administrative level closest to the aggrieved person, equitable solutions to the problems which may, from time to time, arise affecting the welfare or working conditions of all personnel, and applicants for employment.

Collective Bargaining Employees. All employees who are covered by a collective bargaining agreement shall follow the grievance procedures set forth in their respective collective bargaining agreements.

Procedure. The employee or applicant must communicate the allegation verbally or in writing to the employee or applicant's principal or immediate supervisor, or his/her designee, within 60 days of the alleged incident. If the complaint involves the employee or applicant's principal or immediate supervisor, the written communication shall be directed to the Deputy Superintendent or Executive Director for Curriculum and Instructional Services.

Step 1: If a conference with the principal or immediate supervisor fails to solve the conflict, the employee or applicant will have five (5) working

**CHAPTER THREE**
**PERSONNEL - GENERAL PROVISIONS**

days to file a written grievance with his/her principal or immediate supervisor with the objective of resolving the grievance. A written disposition of the grievance will be given to the party filing a grievance within five (5) working days.

Step 2: In the event the written disposition fails to resolve the grievance, the employee or applicant may appeal the grievance to the Deputy Superintendent. The employee or applicant and principal, or immediate supervisor, may seek assistance of any party in behalf of their presentation to the Deputy Superintendent. The Deputy Superintendent will submit a written disposition within five (5) working days to the grievant.

Step 3: In the event the written disposition by the Deputy Superintendent fails to resolve the grievance, the employee or applicant may request a hearing before the Superintendent. All parties may present evidence or testimony in their behalf. The decision of the Superintendent will be final.

The right to confidentiality of the complainant, of the accused, and of any others involved in the investigation, will be respected consistent with the District's legal obligations, and with the necessity to investigate allegations of misconduct and take corrective action when the conduct has occurred. Warnings will be given regarding retaliation against the complainant, the accused and any other person involved in the investigation. Disciplinary action, up to and including dismissal, may be taken against violators of this policy.

*Authority: §1001.41, Fla. Stat.*
*Law Implemented: §1000.05, Fla. Stat.; Fla. Admin. Code R. 6A-19.001-6A-19.010*
*History: New, June 12, 1989; February 14, 2001; August 28, 2002; June 25, 2003*

**POLITICAL ACTIVITY,**
**NON-BARGAINING EMPLOYEES**            3.105

Definitions.

Political Activity. The term "political activity" shall include any and all efforts of individuals, individually or in concert with others, done for the purpose of supporting or opposing any candidate, party, or issue in an election or done to affect the results thereof.

School Facilities. The term "school facilities" shall mean any buildings and grounds, owned, operated, controlled or maintained by the School Board, including but not limited to schools, ancillary facilities, athletic facilities, and office complexes.

Political Events. The term "political events" shall include any and all meetings, fund raisers, gatherings, or other such events organized or conducted for the purpose of supporting or opposing any candidate for public office, any issue which is or may be scheduled to appear on an election ballot, or any political party or organization.

Political Activity in School Facilities.

Political Events. Except as provided herein, no political events may be conducted at School Facilities at any time.

Political forums in which the general public is invited to meet and hear all candidates in a particular race or races, or to meet and hear representatives of both sides of an issue appearing on the ballot, may be held in school facilities under the following conditions:
1. The forum must be sponsored by an organization having an official affiliation with the school or school system;
7. All announced candidates for the specific office or offices, or representatives for oragainst each issue, included shall be given an invitation in writing;
8. The presentation by each candidate for any office, or representative for or against a specific issue, shall be limited to the same amount of time;
9. Distribution of campaign materials shall be confined to the immediate area in which the forum is being conducted;
10. No preferential treatment shall be afforded any candidate or issue in any way (i.e., seating, speaking order, introduction, etc.)

Political Activity by Students. Students shall have the right to generally express their preference for political parties, issues, or candidates in any manner during school hours, or at school activities held in school facilities. However, any such form of expression shall be subject to reasonable regulation by the school at any time that:



DEFENDANT'S EXHIBIT 2

Home    Parents    Students    Employees    Community    Business    Budget    Contact Us

Employees                                                                        Search

# Employees
## Getting Started With Bay District Schools!

- Our District
- School Board
- Schools
- Departments
- Calendar
- Florida DOE Websites
- Job Opportunities
- Contact Us

### New Employees



Located on the beautiful Gulf Coast, Bay District Schools offer a variety of employment opportunities.

- With more than 4,500 employees Bay District Schools is proud to be one of the largest employers of Bay County.
- The district has 163 National Board Certified Teachers (NBCT).
- 26 out of 37 Bay District Schools received a grade B or higher during the 2008-2009 school year.
- Many schools maintained good FCAT scores while 5 improved their school grades during the 2008-2009 school year.

The following items have been posted for the benefit of new and current employees.

Bay District Schools Intranet

Employees of Bay District School must sign in to access the Intranet.

Log in:

User Name: Email (ex: example@bay.k12.fl.us)
Password: **Network Password**

For detailed instructions, click here.

### General Employee Information

 Employee AUP

- Aesop
- Anonymous Report of Bullying Harassment
- Board of Education
- Classroom Website Request Form
- Demonstration Classes
- Digital GradeBook
- District Dashboards
- Employee Benefits
- Google Tutorials
- Google Mail
- Help Desk
- HR Portal
- Human Resources
- Inservice Workshops
- My classroom Websites
- Payroll Forms
- Phone Assistance
- Report Educator Misconduct
- Temporary Services (Information for Substitute Teachers)
- Web Resources

### Passwords

Change Password

Help Desk

Self-Help Password Reset Instructions



## ANONYMOUS REPORT OF BULLYING/HARASSMENT

| Accused Name(s)(last, first, initial) | School | Grade |
|---|---|---|
|  |  |  |
| Victim(s) (last, first, initial) | School | Grade |
|  |  |  |

When did the incident(s) take place?  Date?Day:_____Time:_____

Where did the incident/things happen?

Please describe in writing, what actually happened, include as much detail as possible.

Who witnessed the incident?  Please provide as much information about the witnesses as possible.

ESE/SS.219.12/09

# Bay District Schools

1311 Balboa Avenue
Panama City, FL 32401



DEFENDANT'S EXHIBIT 3

### *Equity Issues*
Dr. Tommye Lou Richardson, Director of Human Resources
850-872-4223 (phone)       850-747-5292 (fax)
richatl@bay.k12.fl.us

### *ESE and 504 Programs*
Nancy Boyd, Executive Director of ESE and School Support Services
850-872-4317 (phone)       850-872-4646 (fax)
boydng@bay.k12.fl.us

### *Extracurricular Activities & Athletics*
Tommy St. Amant, Supervisor of Wellness and Extracurricular Activities
850-872-4363 (phone)       850-873-7128 (fax)
stamatr@bay.k12.fl.us

**Definitions:** *The following are examples of prohibited discrimination and/or harassment:*

- Any slurs, innuendos or other verbal or physical conduct reflecting upon an individual's race, ethnic background, gender or handicapping condition which has the purpose or effect of creating an intimidating, hostile, or offensive education or work environment; has the purpose or effect of unreasonably interfering with the individual's work or school performance or participation; or otherwise adversely affects an individual's employment or education opportunities.
- The denial of or the provision of aid, benefits, grades, rewards, employment, faculty assistance, services, or treatment on the basis of sexual advances or requests for sexual favors.
- Sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when submission to such conduct is made either explicitly or implicitly a term or condition of an employee's employment or a student's educational opportunities; submission to or rejection of such conduct is used as a basis for educational or employment decisions affecting the individual; or such conduct has the purpose or effect of unreasonably interfering with an individual's work or educational performance or creating an intimidating, hostile or offensive working or education environment.
- Any act of retaliation against an individual who reports a violation of the District's policies on harassment and/or discrimination or who participates in the investigation of a discrimination or harassment complaint.

**Reporting Procedures:**

- <u>Collective Bargaining Employees</u>: Follow grievance procedures set forth in respective collective bargaining agreements.
- <u>Employees and Applicants for Employment</u>: Follow procedures set forth in School Board Policy 3.104.
- <u>Students</u>: Communicate allegation of discrimination or harassment in writing to principal or his/her designee within 30 days of alleged incident. If the complaint involved the student's principal, the written communication shall be directed to the Director of Human Resources.