UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL RICHARDSON,

    Plaintiff,

v.                                                          CASE NO.: 5:12-CV-00201-RS-CJK

BAY DISTRICT SCHOOLS,

    Defendant.
_____/

### AFFIDAVIT OF SHARON MICHALIK

STATE OF FLORIDA        )
                                            ) ss.
COUNTY OF BAY         )

    BEFORE ME, the undersigned authority, personally appeared Sharon Michalik, who, after being by me first duly sworn, deposes and says under oath as follows:

    1.    My name is Sharon Michalik. Unless otherwise expressly indicated, the facts set forth below are based upon my personal knowledge and the opinions set forth are my own.

    2.    I am the Executive Director for H. R. and Employee Support Services for Bay District Schools. As Executive Director for H. R. and Employee Support Services, I am responsible for all personnel matters in the District, including maintaining appropriate records.

    3.    To my knowledge there has never been any complaint of sexual harassment filed against Jimmy Thompson other than Michael Richardson's.

4. To the best of my knowledge there is no record of Michael Richardson applying for any other position at the District since January 1, 2010.

FURTHER AFFIANT SAYETH NAUGHT.

_____
SHARON MICHALIK

STATE OF FLORIDA
COUNTY OF BAY

The foregoing instrument was acknowledged before me this 8th day of March, 2013 by SHARON MICHALIK who is personally known to me and who did (did not) take an oath.

(SEAL)



_____
Notary Public - State of Florida
My commission expires: October 31, 2014
Commission number: EE 023769