UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL RICHARDSON,

    Plaintiff,

                                              CASE NO. 5:12-CV-00201-RS-CJK

vs.

BAY DISTRICT SCHOOLS,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF FILING DOCUMENTS IN OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that the undersigned, on behalf of Plaintiff, has filed the following documents in opposition to summary judgment:

| | |
|---|---|
| Exhibit 3 | Letter October 25, 2006 |
| Exhibit 4 | E-mail |
| Exhibit 5 | March 27, 2011 E-mail |
| Exhibit 7 | Policy Chapter Two |
| Exhibit 8 | Policy Chapter Three |
| Exhibit 9 | Web Site Page Bay County School Board |
| Exhibit 10 | EEOC Charge of Discrimination |
| Exhibit 11 | Deposition of Michael Richardson, excerpts pp: 6-8, 10-13, 15, 18, 20-31, 33-34, 37-38, 41, 43-45, 49-56, 58, 62-67, 70-71, 74, 76, 78, 80-85, 87-88, 95-96, 100, 102, 104, 111-115, 122-124, 127, 129-133, 140, 142, 154-155, 162-163, 172-173 |
| Exhibit 12 | Deposition of James Thompson, excerpts pp: 8-9, 15-16, 24-25, 48, 57-58 |

Exhibit 13    Deposition of Kenny Hoffman, excerpts pp: 6-7, 16-17, 19, 23

Exhibit 14    Deposition of William Husfelt, excerpts p: 6

Exhibit 15    Deposition of Tammy Miller, excerpts pp: 8-9, 12

Respectfully submitted,

**MARIE A. MATTOX, P.A.**

s/ James P. Garrity
James P. Garrity [FBN 539211]
310 East Bradford Road
Tallahassee, Florida 32303
(850) 383-4800 (telephone)
(850) 383-4801 (facsimile)

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing notice has been furnished by CM/ECF to all counsel of record this 5th day of April, 2013.

s/ James P. Garrity
James P. Garrity